# EXHIBIT 1

Law Offices Of

ANDREW L. PACKARD

245 Kentucky Street, Suite B3, Petaluma, CA 94952
Phone (707) 782 4060   Fax (707) 782 4062
Info@PackardLawOffices.com

November 22, 2022

**VIA CERTIFIED MAIL**

Michael Martin Mulas
Mulas Dairy Company
2034 Fremont Drive
Sonoma, CA 95476

Victoria Clare Mulas
Mulas Dairy Company
1278 Fryer Creek Drive
Sonoma, CA 95476

Raymond Mitchel Mulas
Mulas Dairy Company
171 Patten Street
Sonoma, CA 95476

Carolyn Anne Mulas
Mulas Dairy Company
2034 Fremont Drive
Sonoma, CA 95476

Re:   **NOTICE OF VIOLATIONS AND INTENT TO FILE SUIT UNDER THE
FEDERAL WATER POLLUTION CONTROL ACT ("CLEAN WATER ACT")
(33 U.S.C. §§ 1251 *et seq.*)**

Dear Michael, Victoria, Raymond, and Carolyn Mulas:

This firm represents CSPA ("CSPA") in regard to violations of the Clean Water Act ("the
Act") occurring at Mulas Dairy Company's ("MDC") dairy farm located at 2034 Fremont Drive,
in Sonoma, California ("Facility"). This letter is being sent to you as the responsible owners and
operators of the enterprise, and as the registered agent for this entity. Unless otherwise noted,
Michael Mulas, Victoria Mulas, Raymond Mulas, Carolyn Mulas, and Mulas Dairy Company
shall hereinafter be collectively referred to as "MDC." The purpose of this letter is to provide
MDC with notice of the violations of the Industrial General Permit occurring at the Facility,
including, but not limited to, noncompliant discharges of polluted storm water associated with
industrial activities from the Facility into local surface waters.

MDC is in ongoing violation of the substantive and procedural requirements of the Clean
Water Act, 33 U.S.C. § 1251 *et seq.*, and National Pollutant Discharge Elimination System
("NPDES") General Permit No. CAS000001, State Water Resources Control Board Water
Quality Order No. 14-57-DWQ ("General Permit" or "Permit").[1]

Pursuant to Section 309(d) of the Act (33 U.S.C. § 1319(d)) and the Adjustment of Civil

---

[1] MDC submitted a Notice of Intent ("NOI") to comply with the General Permit for the Facility
on or about February 15, 2015. The Facility was assigned the Waste Discharge Identification
("WDID") Number 2 49I014984.

Notice of Violation and Intent to File Suit
November 22, 2022
Page 2

Monetary Penalties for Inflation, 40 C.F.R. § 19.4, each separate violation of the Act subjects MDC to a penalty for all violations occurring during the period commencing five years prior to the date of the Notice Letter. These provisions of law authorize civil penalties of up to $59,973 per day per violation for all Clean Water Act violations occurring after November 2, 2015.

In addition to civil penalties, CSPA will seek injunctive relief preventing further violations of the Act pursuant to Sections 505(a) and (d) (33 U.S.C. §1365(a) and (d)) and such other relief as permitted by law. Lastly, Section 505(d) of the Act (33 U.S.C. § 1365(d)) permits prevailing parties to recover costs and fees, including attorneys' fees.

The Clean Water Act requires that sixty (60) days prior to the initiation of a citizen-enforcement action under Section 505(a) of the Act (33 U.S.C. § 1365(a)), a citizen enforcer must give notice of its intent to file suit. Notice must be given to the alleged violator, the U.S. Environmental Protection Agency, and the Chief Administrative Officer of the water pollution control agency for the State in which the violations occur. *See* 40 C.F.R. § 135.2. As required by the Act, this letter provides statutory notice of the violations that have occurred, and continue to occur, at the Facility. 40 C.F.R. § 135.3(a). At the expiration of sixty (60) days from the date of this letter, CSPA intends to file suit under Section 505(a) of the Act in federal court against MDC for violations of the Clean Water Act and the Permit.

## I.     Background

### A.     California Sportfishing Protection Alliance

CSPA is a non-profit association dedicated to the preservation, protection and defense of the environment, wildlife and natural resources of California waters, including the waters into which MDC discharges polluted storm water. Members of CSPA enjoy the waters that the Facility discharges into, including Schell Creek, Steamboat Slough, Second Napa Slough, Sonoma Creek, San Pablo Bay and the Pacific Ocean ("Impacted Waters").

Members of CSPA use and enjoy the Impacted Waters for fishing, estuarine habitat and the rare, threatened and endangered species it supports, the wildlife habitat, marine habitat, and other designated beneficial uses. The discharge of pollutants from the Facility into the Impacted Waters impairs each of these uses. Further, discharges of polluted storm water from the Facility are ongoing and continuous. Thus, the interests of CSPA's members have been, are being, and will continue to be adversely affected by MDC's failure to comply with the Clean Water Act and the General Permit.

### B.     The Clean Water Act

Congress enacted the CWA in 1972 in order to "restore and maintain the chemical, physical, and biological integrity of the Nation's waters." 33 U.S.C. § 1251. The Act prohibits the discharge of pollutants into United States waters except as authorized by the statute. 33 U.S.C. § 1311; *San Francisco Bay Keeper, Inc. v. Tosco Corp.*, 309 F.3d 1153, 1156 (9th Cir. 2002). The Act is administered largely through the NPDES permit program. 33 U.S.C. § 1342. In 1987, the Act was amended to establish a framework for regulating storm water discharges

through the NPDES system. Water Quality Act of 1987, Pub. L. 100-4, § 405, 101 Stat. 7, 69 (1987) (codified at 33 U.S.C. § 1342(p)); *see also Envtl. Def. Ctr., Inc. v. EPA*, 344 F.3d 832, 840-41 (9th Cir. 2003) (describing the problem of storm water runoff and summarizing the Clean Water Act's permitting scheme). The discharge of pollutants not specifically allowed by a NPDES permit is illegal. *Ecological Rights Found. v. Pacific Lumber Co.*, 230 F.3d 1141, 1145 (9th Cir. 2000).

Much of the responsibility for administering the NPDES permitting system has been delegated to the states. *See* 33 U.S.C. § 1342(b); *see also* Cal. Water Code § 13370 (expressing California's intent to implement its own NPDES permit program). The CWA authorizes states with approved NPDES permit programs to regulate industrial storm water discharges through individual permits issued to dischargers and/or through the issuance of a single, statewide general permit applicable to all industrial storm water dischargers. 33 U.S.C. § 1342(b). Pursuant to Section 402 of the Act, the Administrator of EPA has authorized California's State Board to issue individual and general NPDES permits in California. 33 U.S.C. § 1342.

### C.   California's General Permit for Storm Water Discharges Associated with Industrial Activities

Facilities discharging, or having the potential to discharge, storm water associated with industrial activities that have not obtained an individual NPDES permit must apply for coverage under the General Permit by filing a Notice of Intent to Comply ("NOI"). General Permit, Standard Condition XXI.A. These facilities must file their NOIs before the initiation of industrial operations. *Id.*

Facilities covered by the General Permit include concentrated animal feeding operations ("CAFO"). *Id.* at Attachment A. To be considered a CAFO, a facility must first be defined as an animal feeding operation ("AFO") and meet the criteria established in the CAFO regulation. An AFO is an agricultural operation where animals are kept and raised in confined situations where the following conditions are met: (1) animals have been, are, or will be stabled or confined and fed or maintained for a total of 45 days or more in any 12-month period; and, (2) crops, vegetation, forage growth, or post-harvest residues are not sustained in the normal growing season over any portion of the lot or facility. 40 C.F.R. § 122.23(b)(1). A CAFO is an AFO that is defined as a Large CAFO or as a Medium CAFO by the terms of 40 C.F.R. § 122.23. An operation that confines dairy cows is considered a Large CAFO if the above conditions are met, and there are at least 700 mature dairy cattle. 40 C.F.R. § 122.23(b)(4)(i).

Facilities must strictly comply with all of the terms and conditions of the General Permit. A violation of the General Permit is a violation of the CWA.

The General Permit contains three primary and interrelated categories of requirements: (1) discharge prohibitions, receiving water limitations and effluent limitations; (2) Storm Water Pollution Prevention Plan ("SWPPP") requirements; and (3) self-monitoring and reporting requirements.

### D.   MDC's Sonoma Facility

Information available to CSPA indicates that MDC's industrial activities at the approximately 300-acre Facility include, but are not limited to: operations associated with a

Notice of Violation and Intent to File Suit
November 22, 2022
Page 4

concentrated animal feeding operation related to the production of organic and conventional milk.  Based on public reporting about the Facility, CSPA is informed, and on that basis, believes that the Facility contains approximately 800 cows, and therefore meets the definition of a Large CAFO.  Consequently, the Facility is required to maintain coverage under the General Permit.

The Facility includes rows of buildings and corrals in which cows are confined, wastewater processing, storage, and disposal facilities, manure processing, storage, and disposal facilities, a fueling station, a shop and a network of roads that provide connectivity between the various industrial areas.  The industrial activities at the Facility fall under Standard Industrial Classification ("SIC") Code 0241 ("Dairy Farms").

MDC collects and discharges storm water associated with industrial activities at the Facility through at least three (3) discharge points into an unnamed creek, which drains to Schell Creek.  Schell Creek discharges to Steamboat Slough, which is a tributary to Second Napa Slough, which ultimately discharges to Sonoma Creek, which drains to San Pablo Bay and the Pacific Ocean.  The Impacted Waters are waters of the United States within the meaning of the Clean Water Act.

Sonoma Creek and its tributaries, including the waters into which MDC discharges its storm water, are impaired by pathogens.  *Water Quality Control Plan for the San Francisco Bay Basin* ("Basin Plan") Section 7.8.1.  Bacteria levels in Sonoma Creek and its tributaries are higher than the bacteria water quality objectives established to protect people who swim, wade, and fish in these waters.  *Id.*  Consequently, humans who recreate in Sonoma Creek and its tributaries are at risk of contracting waterborne disease.  *Id.*  The most common source of pathogens are wastes from warm-blooded animals, including livestock.  *Id.*  Dairies have been specifically identified as a source of pathogens to Sonoma Creek.

Polluted discharges from industrial sites, such as the Facility, contribute to the degradation of these already impaired surface waters and aquatic-dependent wildlife.  To address the impairment on Sonoma Creek, the Basin Plan establishes Total Maximum Daily Load ("TMDL") limits on the amount of pathogens that can be discharged from various categorical pollutant sources.  These limitations are referred to as Density-Based Pollutant Load and Waste Load Allocations for Dischargers of Pathogens in the Sonoma Creek Watershed.  *See* Basin Plan, Table 7.8.1-3.

For dairies such as MDC, the geometric mean, based on a minimum of five consecutive samples collected at approximately equal intervals over a 30-day period, shall not exceed 113 MPN/100mL for *E. coli*, 180 MPN/100mL for fecal coliform, and 216 MPN/100mL for total coliform.  *Id.*  No more than 10 percent of total samples during any 30-day period may exceed 368 MPN/100mL for *E. coli* and 360 MPN/100mL for fecal coliform.  *Id.*  No single sample shall exceed 9,000 MPN/100mL for total coliform.  *Id.*

The areas of industrial activity at the Facility are sources of pollutants.  The General Permit requires MDC to analyze storm water samples for TSS, pH, and Oil and Grease.  General Permit, Section XI.B.6.  The General Permit also requires facilities to analyze storm water

Notice of Violation and Intent to File Suit
November 22, 2022
Page 5

samples for pollutants that are likely to be present in a particular facility's discharge, and any additional applicable industrial parameters related to receiving waters with 303(d) listed impairments. *Id.* Given that the Facility generates a significant amount of manure from cows, nutrients and pathogens are pollutants that are likely to be present in the Facility's storm water discharges, and because they are related to the receiving waters' 303(d) listed impairment, MDC is required to analyze their storm water samples for those pollutants.

## II.    MDC's Violations of the Act and General Permit

Based on its review of available public documents, CSPA is informed and believes that MDC, through its operation of the Facility, is in ongoing violation of both the substantive and procedural requirements of the CWA and the General Permit. These violations are ongoing and continuous. Consistent with the five-year statute of limitations applicable to citizen enforcement actions brought pursuant to the federal Clean Water Act, MDC is subject to penalties for violations of the Act since November 22, 2017.

### A.    MDC Discharges Storm Water Containing Pollutants in Violation of the General Permit's Discharge Prohibitions, Receiving Water Limitations and Effluent Limitations

MDC's storm water sampling results provide conclusive evidence of MDC's failure to comply with the General Permit's discharge prohibitions, receiving water limitations and effluent limitations at its Facility. Self-monitoring reports under the Permit are deemed "conclusive evidence of an exceedance of a permit limitation." *Sierra Club v. Union Oil*, 813 F.2d 1480, 1493 (9th Cir. 1988).

#### 1.    Applicable Water Quality Standards

The General Permit requires that storm water discharges and authorized non-storm water discharges shall not cause or threaten to cause pollution, contamination, or nuisance. General Permit, Discharge Prohibition III.C. The General Permit also prohibits discharges that violate any discharge prohibition contained in the applicable Regional Water Board's Basin Plan or statewide water quality control plans and policies. General Permit, Discharge Prohibition III.D. Furthermore, storm water discharges and authorized non-storm water discharges shall not adversely impact human health or the environment, and shall not cause or contribute to a violation of any water quality standards in any affected receiving water. General Permit, Receiving Water Limitations VI.A, VI.B.

Dischargers are also required to prepare and submit documentation to the Regional Board upon determination that storm water discharges are in violation of the General Permit's Receiving Water Limitations. General Permit, Special Condition XX.B. The documentation must describe changes the discharger will make to its current storm water best management practices ("BMPs") in order to prevent or reduce any pollutant in its storm water discharges that is causing or contributing to an exceedance of water quality standards. *Id.*

Notice of Violation and Intent to File Suit
November 22, 2022
Page 6

The Basin Plan sets forth water quality standards and prohibitions applicable to MDC's storm water discharges from its Facility.  The Basin Plan identifies present and potential beneficial uses for the Impacted Waters, which include warm freshwater habitat (WARM), wildlife habitat (WILD), water contact recreation (REC-1), noncontact water recreation (REC-2), cold freshwater habitat (COLD), fish migration (MIGR), preservation of rare and endangered species (RARE), commercial, and sport fishing (COMM), fish spawning (SPWN), and estuarine habitat (EST).

## 2.      Applicable Effluent Limitations

Dischargers are required to reduce or prevent pollutants in their storm water discharges through implementation of best available technology economically achievable ("BAT") for toxic and nonconventional pollutants and best conventional pollutant control technology ("BCT") for conventional pollutants.  General Permit, Effluent Limitation V.A.  Conventional pollutants include Total Suspended Solids, Oil & Grease, pH, Biochemical Oxygen Demand and Fecal Coliform.  40 C.F.R. § 401.16.  All other pollutants are either toxic or nonconventional.  40 C.F.R. §§ 401.15-16.

Under the General Permit, benchmark levels established by the EPA ("EPA benchmarks") serve as guidelines for determining whether a facility discharging industrial storm water has implemented the requisite BAT and BCT.  *Santa Monica Baykeeper v. Kramer Metals,* 619 F. Supp. 2d 914, 920, 923 (C.D. Cal 2009); General Permit, Exceedance Response Action XII.A.

The following EPA benchmarks have been established for pollutants discharged by MDC:[2]

| | |
|---|---|
| Total Suspended Solids | 100 mg/L |
| Oil & Grease | 15.0 mg/L |
| pH | 6.0-9.0 s.u. |
| Nitrate plus Nitrite Nitrogen | 0.68 mg/L |

## 3.      MDC's Storm Water Sample Results

The following discharges of pollutants from the Facility have violated the discharge prohibitions, receiving water limitations and effluent limitations of the Permit:

---

[2] MDC may be discharging other pollutants, such as pathogens and nutrients, for which EPA benchmarks have not been set.  Furthermore, MDC is notified that further investigation may reveal additional pollutants that it discharges from the Facility, but for which no samples have been historically analyzed.  This list of pollutants is therefore not exhaustive, and should not be interpreted to exclude any pollutants that are present at the Facility, but which have not been identified at this point.

Notice of Violation and Intent to File Suit
November 22, 2022
Page 7

        **a.**      **Discharge of Storm Water Containing Total Suspended Solids (TSS) at Concentrations in Excess of Applicable EPA Benchmark Value**

| Date | Discharge Point | Parameter | Concentration in Discharge (mg/L) | EPA Benchmark Value (mg/L) |
|---|---|---|---|---|
| 1/17/2019 | M-1 | TSS | 122 | 100 |
| 1/17/2019 | M-2 | TSS | 199 | 100 |
| 1/19/2016 | M-1 | TSS | 252 | 100 |
| 1/19/2016 | M-2 | TSS | 256 | 100 |

        **b.**     **MDC's Sample Results Are Evidence of Violations of the General Permit**

MDC's sample results demonstrate violations of the Permit's discharge prohibitions, receiving water limitations and effluent limitations set forth above. CSPA is informed and believes that MDC has known that its storm water contains pollutants at levels exceeding General Permit standards since at least November 22, 2017.

CSPA alleges that such violations occur each time storm water discharges from the Facility. Attachment A hereto, sets forth the specific rain dates on which CSPA alleges that MDC has discharged storm water containing impermissible levels of TSS in violation of the General Permit. General Permit, Discharge Prohibitions III.C and III.D, Receiving Water Limitations VI.A, VI.B. CSPA further alleges that MDC violates the Basin Plan's water quality objectives each time it discharges storm water with *E. coli* and fecal coliforms in excess of the water quality standards set therein.

**4.**     **MDC Has Failed to Implement BAT and BCT**

Dischargers must implement BMPs that fulfill the BAT/BCT requirements of the CWA and the General Permit to reduce or prevent discharges of pollutants in their storm water discharges. General Permit, Effluent Limitation V.A. To meet the BAT/BCT standard, dischargers must implement minimum BMPs and any advanced BMPs set forth in the General Permit's SWPPP Requirements provisions where necessary to reduce or prevent pollutants in discharges. *See* General Permit, Sections V, X.H.1-2.

MDC has failed to implement and maintain the minimum BMPs required by the General Permit as evidenced by the exceedances identified above. Specifically, MDC has failed to comply with the following: good housekeeping requirements, preventive maintenance requirements; spill and leak prevention and response requirements; material handling and waste management requirements; erosion and sediment controls; employee training and quality assurance; and record keeping. Permit, Section X.H.1(a-g).

MDC has further failed to implement advanced BMPs necessary to reduce or prevent discharges of pollutants in its storm water sufficient to meet the BAT/BCT standards, including:

Notice of Violation and Intent to File Suit
November 22, 2022
Page 8

exposure minimization BMPs; containment and discharge reduction BMPs; treatment control BMPs; or other advanced BMPs necessary to comply with the General Permit's effluent limitations. General Permit, Sections X.H.2. Each day that MDC have failed to develop and implement BAT and BCT at the Facility in violation of the General Permit is a separate and distinct violation of Section 301(a) of the Act, 33 U.S.C. § 1311(a). MDC has been in violation of the BAT and BCT requirements at its Facility every day since at least November 22, 2017.

### 5.    MDC Has Failed to Comply with the Monitoring Requirements of the General Permit

The General Permit requires dischargers to implement a Monitoring Implementation Plan. General Permit, Section X.I. As part of their monitoring plan, dischargers must identify all storm water discharge locations. Permit, Section X.I.2. Dischargers must then conduct monthly visual observations of each drainage area, as well as visual observations during discharge sampling events. General Permit, Section XI.A.1 and 2.

Dischargers must collect and analyze storm water samples from two (2) storm events within the first half of each reporting year (July 1 to December 31) and two (2) storm events during the second half of each reporting year (January 1 to June 3). General Permit, Section XI.B. Section XI.B requires dischargers to sample and analyze during the wet season for basic parameters such as pH, total suspended solids ("TSS") and oil and grease ("O&G"), certain industry-specific parameters set forth in Table 2 of the General Permit, and other pollutants likely to be in the storm water discharged from the facility based on the pollutant source assessment. General Permit, Section XI.B.6. Dischargers must submit all sampling and analytical results via SMARTS within thirty (30) days of obtaining all results for each sampling event. General Permit, Section XI.B.11.

MDC has failed to develop and implement an adequate Monitoring Implementation Plan for its Facility, and has thus violated the monitoring requirements of the General Permit. For example, MDC has failed to monitor for every potential pollutant that is likely to be present at its Facility, including nutrients and pathogens. In addition, MDC has failed to collect the required number of samples for each reporting period. MDC has also failed to monitor every discharge location of storm water associated with industrial activities at its Facility.

Each day that MDC has failed to develop and implement an adequate Monitoring Implementation Plan is a separate and distinct violation of the Act and Permit. MDC has been in violation of the Monitoring requirements every day since at least November 22, 2017.

### 6.    MDC Has Failed to Develop and Implement an Adequate Storm Water Pollution Prevention Plan

The General Permit requires dischargers to develop and implement a site-specific SWPPP. General Permit, Section X.A. The SWPPP must include, among other elements: (1) the facility name and contact information; (2) a site map; (3) a list of industrial materials; (4) a description of potential pollution sources; (5) an assessment of potential pollutant sources; (6)

Notice of Violation and Intent to File Suit
November 22, 2022
Page 9

minimum BMPs; (7) advanced BMPs, if applicable; (8) a monitoring implementation plan; (9) annual comprehensive facility compliance evaluation; and (10) the date that the SWPPP was initially prepared and the date of each SWPPP amendment, if applicable.  *See id.*

Dischargers must revise their SWPPP whenever necessary and certify and submit via the Regional Board's Storm Water Multiple Application and Report Tracking System ("SMARTS") their SWPPP within 30 days whenever the SWPPP contains significant revisions(s); and, certify and submit via SMARTS for any non-significant revisions not more than once every three (3) months in the reporting year.  General Permit, Section X.B.

CSPA' investigation indicates that MDC has been operating with an inadequately developed and implemented SWPPP in violation of General Permit requirements.  MDC has failed to evaluate the effectiveness of its BMPs and to revise its SWPPP as necessary, resulting in the Facility's numerous continuing effluent limitation violations.  Each day MDC failed to develop and implement an adequate SWPPP at its Facility is a violation of the General Permit. The SWPPP violations described above were at all times in violation of Section X of the General Permit.  MDC has been in violation of these requirements at its Facility every day since at least November 22, 2017.

### 7.   MDC Has Failed to Submit Timely, True and Correct Reports

Section XVI of the Permit requires dischargers to submit an Annual Report by July 15th of each reporting year to the Regional Board.  The Annual Report must be signed and certified by a discharger's Legally Responsible Person, or Duly Authorized Representative.  General Permit, Sections XVI.A, XXI.K.  The Annual Report must include a compliance checklist, certifying compliance with the General Permit and an explanation of any non-compliance. General Permit, Section XVI.B.

CSPA' investigations indicate that MDC has submitted incomplete Annual Reports and purported to comply with the Permit despite significant noncompliance at its Facility.  Each day MDC failed to submit timely, true and correct reports is a separate violation of the Clean Water Act.  MDC has been in violation of these requirements at its Facility every day since at least November 22, 2017.

### III.   Persons Responsible for the Violations

CSPA puts MDC on notice that they are the persons and entities responsible for the violations described above.  If additional persons are subsequently identified as also being responsible for the violations set forth above, CSPA puts MDC on formal notice that it intends to include those persons in this action.

### IV.   Name and Address of Noticing Parties

The name, address and telephone number of each of the noticing parties is as follows:

Notice of Violation and Intent to File Suit
November 22, 2022
Page 10

> Chris Shutes, Acting Executive Director
> California Sportfishing Protection Alliance
> 3536 Rainer Avenue
> Stockton, CA 95204
> (209) 464-5067

## V.   Counsel

CSPA has retained legal counsel to represent it in this matter.  Please direct all communications to:

Andrew L. Packard
William N. Carlon
Law Offices of Andrew L. Packard
245 Kentucky Street, Suite B3
Petaluma, CA 94952
(707) 782-4060
andrew@packardlawoffices.com
wncarlon@packardlawoffices.com

## VI.   Conclusion

CSPA believes this Notice of Violations and Intent to File Suit sufficiently states grounds for filing suit.  We intend to file a citizen suit under Section 505(a) of the CWA against MDC and their agents for the above-referenced violations upon the expiration of the 60-day notice period.  If you wish to pursue remedies in the absence of litigation, we suggest that you initiate those discussions within the next 20 days so that they may be completed before the end of the 60-day notice period.  We do not intend to delay the filing of a complaint in federal court if discussions are continuing when that period ends.

Sincerely,

William N. Carlon
Law Offices of Andrew L. Packard
Counsel for CSPA

Notice of Violation and Intent to File Suit
November 22, 2022
Page 11

## **SERVICE LIST**

**VIA CERTIFIED MAIL**

Michael Regan, Administrator
U.S. Environmental Protection Agency
1200 Pennsylvania Ave., N.W.
Washington, D.C. 20460

Martha Guzman, Regional Administrator
U.S. Environmental Protection Agency, Region IX
75 Hawthorne Street
San Francisco, CA 94105

Merrick B. Garland, U.S. Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, DC 20530-0001

Eileen Sobeck, Executive Director
State Water Resources Control Board
P.O. Box 100
Sacramento, CA 95812

Eileen White, Executive Officer
San Francisco Bay Regional Water Quality Control Board
1515 Clay Street, Suite 1400
Oakland, CA 94612

**ATTACHMENT A**

**Notice of Intent to File Suit Mulas Dairy Company,**
**Significant Rain Events,\* November 22, 2017 – November 22, 2022**

| | | | |
|---|---|---|---|
| | December 21, 2018 | May 16, 2019 | November 17, 2020 |
| November 26, 2017 | December 24, 2018 | May 18, 2019 | December 12, 2020 |
| November 27, 2017 | January 5, 2019 | May 19, 2019 | December 13, 2020 |
| January 5, 2018 | January 6, 2019 | May 20, 2019 | December 17, 2020 |
| January 6, 2018 | January 7, 2019 | May 21, 2019 | December 26, 2020 |
| January 8, 2018 | January 8, 2019 | September 16, 2019 | December 31, 2020 |
| January 9, 2018 | January 9, 2019 | November 27, 2019 | January 2, 2021 |
| January 18, 2018 | January 15, 2019 | December 1, 2019 | January 4, 2021 |
| January 22, 2018 | January 16, 2019 | December 2, 2019 | January 6, 2021 |
| January 24, 2018 | January 17, 2019 | December 3, 2019 | January 8, 2021 |
| January 25, 2018 | January 20, 2019 | December 4, 2019 | January 22, 2021 |
| February 26, 2018 | January 21, 2019 | December 7, 2019 | January 27, 2021 |
| March 1, 2018 | February 2, 2019 | December 8, 2019 | January 28, 2021 |
| March 2, 2018 | February 3, 2019 | December 10, 2019 | January 29, 2021 |
| March 3, 2018 | February 4, 2019 | December 11, 2019 | January 31, 2021 |
| March 8, 2018 | February 5, 2019 | December 12, 2019 | February 2, 2021 |
| March 13, 2018 | February 8, 2019 | December 18, 2019 | February 12, 2021 |
| March 14, 2018 | February 9, 2019 | December 19, 2019 | February 15, 2021 |
| March 15, 2018 | February 10, 2019 | December 22, 2019 | February 19, 2021 |
| March 16, 2018 | February 13, 2019 | December 25, 2019 | February 20, 2021 |
| March 21, 2018 | February 14, 2019 | January 4, 2020 | March 6, 2021 |
| March 22, 2018 | February 15, 2019 | January 8, 2020 | March 9, 2021 |
| March 23, 2018 | February 16, 2019 | January 9, 2020 | March 10, 2021 |
| April 6, 2018 | February 25, 2019 | January 11, 2020 | March 15, 2021 |
| April 7, 2018 | February 26, 2019 | January 14, 2020 | March 18, 2021 |
| April 12, 2018 | February 27, 2019 | January 16, 2020 | March 19, 2021 |
| April 15, 2018 | March 2, 2019 | January 21, 2020 | April 25, 2021 |
| April 16, 2018 | March 5, 2019 | January 28, 2020 | October 20, 2021 |
| October 2, 2018 | March 6, 2019 | March 15, 2020 | October 21, 2021 |
| October 3, 2018 | March 9, 2019 | March 19, 2020 | October 22, 2021 |
| November 21, 2018 | March 10, 2019 | March 24, 2020 | October 24, 2021 |
| November 22, 2018 | March 11, 2019 | March 29, 2020 | October 25, 2021 |
| November 23, 2018 | March 20, 2019 | April 4, 2020 | November 4, 2021 |
| November 27, 2018 | March 22, 2019 | April 5, 2020 | November 9, 2021 |
| November 29, 2018 | March 23, 2019 | April 6, 2020 | December 12, 2021 |
| December 1, 2018 | March 25, 2019 | May 11, 2020 | December 13, 2021 |
| December 5, 2018 | March 27, 2019 | May 12, 2020 | December 14, 2021 |
| December 6, 2018 | March 28, 2019 | May 17, 2020 | December 16, 2021 |
| December 15, 2018 | April 4, 2019 | May 18, 2020 | December 21, 2021 |

\* Dates gathered from publicly available rain and weather data collected at stations located near the Facility.

**ATTACHMENT A**

**Notice of Intent to File Suit Mulas Dairy Company,**
**Significant Rain Events,\* November 22, 2017 – November 22, 2022**

| | | | |
|---|---|---|---|
| December 16, 2018 | April 5, 2019 | October 16, 2020 | December 22, 2021 |
| December 17, 2018 | May 15, 2019 | November 13, 2020 | December 23, 2021 |
| December 25, 2021 | | | |
| December 26, 2021 | | | |
| December 27, 2021 | | | |
| December 28, 2021 | | | |
| December 29, 2021 | | | |
| January 4, 2022 | | | |
| February 22, 2022 | | | |
| February 23, 2022 | | | |
| March 15, 2022 | | | |
| March 28, 2022 | | | |
| April 14, 2022 | | | |
| April 16, 2022 | | | |
| April 21, 2022 | | | |
| April 22, 2022 | | | |
| June 5, 2022 | | | |
| September 18, 2022 | | | |
| September 19, 2022 | | | |
| November 1, 2022 | | | |
| November 7, 2022 | | | |
| November 8, 2022 | | | |

\* Dates gathered from publicly available rain and weather data collected at stations located near the Facility.