# EXHIBIT 2

## APPENDIX 1

## STORM WATER POLLUTION PREVENTION PLAN (SWPPP) CHECKLIST

NATIONAL POLLUTION DISCHARGE ELIMINTATION SYSTEM (NPDES)
GENERAL PERMIT FOR STORM WATER DISCHARGES
ASSOCIATED WITH INDUSTRIAL ACTIVITIES
(GENERAL PERMIT)

FACILITY NAME: Mulas Dairy Company

Waste Discharge Identification (WDID) #: 2 49I014984

| | FACILITY CONTACT | Consultant/Qualified Industrial Storm Water Practitioner (QISP) |
|---|---|---|
| **Name** | Mike Mulas | |
| **Title** | Co-Owner | |
| **Company** | Mulas Dairy Co. | |
| **Street Address** | 2034 Fremont Dr. | |
| **City, State** | Sonoma, CA | |
| **Zip** | 95476 | |

| SWPPP (General Permit Section) | Not Applicable | SWPPP Page # or Reference Location | Date Implemented or Last Revised |
|---|---|---|---|
| Signed Certification (Section II.A) | | | |
| Pollution Prevention Team (Section X.D.1) | | ✓ | |
| Existing Facility Plans (Section X.D.2) | | ✓ | |
| **Site Map(s) (Section X.E)** | | | |
| Facility boundaries (Section X.E.3.a) | | ✓ | |
| Drainage areas (Section X.E.3.a) | | ✓ | |
| Direction of flow (Section X.E.3.a) | | ✓ | |
| On-facility water bodies (Section X.E.3.a) | | ✓ | |

APPENDIX 1

# STORM WATER POLLUTION PREVENTION PLAN (SWPPP) CHECKLIST

| SWPPP (General Permit Section) | Not Applicable | SWPPP Page # or Reference Location | Date Implemented or Last Revised |
|---|---|---|---|
| Areas of soil erosion (Section X.E.3.a) | ✓ | | |
| Nearby water bodies (Section X.E.3.a) | ✓ | | |
| Municipal storm drain inlets (Section X.E.3.a) | ✓ | | |
| Points of discharge (Section X.E.3.b) | ✓ | | |
| Sampling Locations (Section X.E.3.b) | | ✓ on facility map | |
| Structural control measures (Section X.E.3.c) | ✓ | | |
| Impervious areas (Section X.E.3.d) | ✓ | | |
| Location of Directly Exposed Materials (Section X.E.3.e) | ✓ | | |
| Locations of significant spills and leaks (Section X.E.3.e) | ✓ | | |
| Areas of Industrial Activity (Section X.E.3.f) | ✓ | | |
| Areas of industrial activity (Section X.E.3.f) | ✓ | | |
| Storage areas/storage tanks (Section X.E.3.f) | | ✓ on facility map | |
| Shipping and receiving areas (Section X.E.3.f) | ✓ | | |
| Fueling areas (Section X.E.3.f) | | ✓ facility map | |
| Vehicle and equipment storage/maintenance (Section X.E.3.f) | | ✓ facility map | |
| Material handling/processing (Section X.E.3.f) | ✓ | | |
| Waste treatment/disposal (Section X.E.3.f) | | ✓ facility map | |
| | | | |
| Dust or particulate generation (Section X.E.3.f) | ✓ | | |
| Cleaning and material reuse (Section X.E.3.f) | ✓ | | |

APPENDIX 1

# STORM WATER POLLUTION PREVENTION PLAN (SWPPP) CHECKLIST

| SWPPP (General Permit Section) | Not Applicable | SWPPP Page # or Reference Location | Date Implemented or Last Revised |
|---|---|---|---|
| Other areas of industrial activities (Section X.E.3.f) | | | |
| **List of Industrial Materials (Section X.F)** | | | |
| **Storage location** | | | |
| Quantity | | | |
| Frequency | | | |
| **Receiving and shipping location** | N/A | | |
| Quantity | | | |
| Frequency | | | |
| **Handling location** | | | |
| Quantity | | | |
| Frequency | | | |
| **Potential Pollution Sources (Section X.G)** | | | |
| **Description of Potential Pollution Sources (Section X.G.1)** | | | |
| Industrial processes (Section X.G.1.a) | ✓ | | |
| Material handling and storage areas (Section X.G.1.b) | ✓ | | |
| Dust & particulate generating activities (Section X.G.1.c) | ✓ | | |
| Significant spills and leaks (Section X.G.1.d) | ✓ | | |
| Non-storm water discharges (Section X.G.1.e) | | ✓ Gen. Description | |
| Erodible surfaces (Section X.G.1.f) | | | |
| **Assessment of Potential Pollutant Sources (Section X.G.2)** | | | |
| Narrative assessment of likely sources of pollutants (Section X.G.2.a) | | Manure is contained on site in storage. which has been evaluated. ~~dry~~ adequate storage. | |
| Narrative assessment of likely pollutants present in storm water discharges (Section X.G.2.a) | ✓ | | |
| Identification of additional BMPs Section X.G.2.b) | ✓ | | |

APPENDIX 1

# STORM WATER POLLUTION PREVENTION PLAN (SWPPP) CHECKLIST

| SWPPP (General Permit Section) | Not Applicable | SWPPP Page # or Reference Location | Date Implemented or Last Revised |
|---|---|---|---|
| Identification of drainage areas with no exposure (Section X.G.2.c) | ✓ | | |
| Identification of additional parameters (Section X.G.2.d) | ✓ | | |
| **Storm Water Best Management Practices (Section X.H)** | | | |
| **Minimum BMPs (Section X.H.1)** | | | |
| Good housekeeping (Section X.H.1.a) | | | |
| Preventative maintenance (Section X.H.1.b) | | | |
| Spill response (Section X.H.1.c) | General | Description | |
| Material handling and waste management (Section X.H.1.d) | | | |
| Erosion and sediment controls (Section X.H.1.e) | | | |
| Employee training program (Section X.H.1.f) | | | |
| Quality assurance and record keeping (Section X.H.1.g) | | | |
| **Advanced BMPs (Section X.H.2)** | | | |
| Implement advanced BMPs at the facility (Section X.H.2.a) | | | |
| Exposure Minimization BMPs (Section X.H.2.b.i) | | | |
| Storm Water containment and discharge reduction BMPS (Section X.H.2.b.ii) | | | |
| Treatment Control BMPs (Section X.H.2.b.iii) | | | |
| Other advance BMPs (Section X.H.2.b.iv) | | | |
| **Temporary Suspension of Activities (Section X.H.3)** | | | |
| BMPs necessary for stabilization of the facility (Section X.H.3) | | | |

STORM WATER POLLUTION PREVENTION PLAN (SWPPP) CHECKLIST

| SWPPP (General Permit Section) | Not Applicable | SWPPP Page # or Reference Location | Date Implemented or Last Revised |
|---|---|---|---|
| **BMP Descriptions (Section X.H.4)** | | | |
| Pollutant that a BMP reduces or prevents (Section X.H.4.a.i) | | | |
| Frequency of BMP implementation (Section X.H.4.a.ii) | | | |
| Location of BMP (Section X.H.4.a.iii) | | | |
| Person implementing BMP (Section X.H.4.a.iv) | | | |
| Procedures/maintenance/ instructions for BMP implementation (Section X.H.4.a.v) | | | |
| Equipment and tools for BMP implementation (Section X.H.4.a.vi) | | | |
| BMPs needing more frequent inspections (Section X.H.4.a.vii) | | | |
| Minimum BMP/applicable advanced BMPs not implemented at the facility (Section X.H.4.b) | | | |
| BMPs implemented in lieu of minimum or applicable advanced BMPs (Section X.H.4.c) | | | |
| **BMP Summary Table (Section X.H.5)** | | | |
| **Monitoring Implementation Plan (Section X.I)** | | | |
| Team members assisting in developing the MIP (Section X.I.1) | Mike Mullas takes samples at M1 & M2 after an inch | | |
| Summary of visual observation procedures, locations, and details (Section X.I.2) | of rainfall ~~following~~ preceding 3 days dry weather. Two events are | | |
| Justifications if applicable for: Alternative discharge locations, Representative Sampling Reduction or, Qualified Combined Samples (Section X.I.3) | desired. Samples are run by Cal Test analytical in Napa, CA. | | |
| Procedures for field instrument calibration (Section X.I.4) | | | |

APPENDIX 1

STORM WATER POLLUTION PREVENTION PLAN (SWPPP) CHECKLIST

| SWPPP (General Permit Section) | Not Applicable | SWPPP Page # or Reference Location | Date Implemented or Last Revised |
|---|---|---|---|
| Example of Chain of Custody (Section X.I.5) | handled | only by | Mike |
| **Annual Comprehensive Facility Compliance Evaluation (Section XV)** | | | |
| Review of all visual inspection and monitoring records and sampling and analysis results conducted during the previous reporting year (Section XV.A) | | | |
| Visual inspection of all areas of industrial activity and associated potential pollutant sources (Section XV.B) | | | |
| Visual inspection of all drainage areas previously identified as having no-exposure to industrial activities and materials in accordance with the definitions in Section XVII (Section XV.C) | | | |
| Visual inspection of equipment needed to implement the BMPs (Section XV.D) | | | |
| Visual inspection of any structural and/or treatment control BMPs (Section XV.E) | | | |
| Review and assessment of all BMPs for each area of industrial activity and associated potential pollutant sources (Section XV.F) | | | |
| Assessment of other factors needed to complete the information described in Section XVI.B (Section XV.G) | | | |

annually submitted per permit requirements.

# Section 3. Farmstead Safety and Security

## 3.1. Emergency Response Plan

### In Case of an Emergency Storage Facility Spill, Leak or Failure

**Implement the following first containment steps:**

a. Stop all other activities to address the spill.
b. Stop the flow. For example, use skid loader or tractor with blade to contain or divert spill or leak.
c. Call for help and excavator if needed.
d. Complete the clean-up and repair the necessary components.
e. Assess the extent of the emergency and request additional help if needed.

### In Case of an Emergency Spill, Leak or Failure during Transport or Land Application

**Implement the following first containment steps:**

a. Stop all other activities to address the spill and stop the flow.
b. Call for help if needed.
c. If the spill posed a hazard to local traffic, call for local traffic control assistance and clear the road and roadside of spilled material.
d. Contain the spill or runoff from entering surface waters using straw bales, saw dust, soil or other appropriate materials.
e. If flow is coming from a tile, plug the tile with a tile plug immediately.
f. Assess the extent of the emergency and request additional help if needed.

**Emergency Contacts**

| Department / Agency | Phone Number |
|---|---|
| Fire | 707-938-0464 |
| Rescue services | 911 |
| State veterinarian | 916-900-5000 |
| Sheriff or local police | 911 |

**Nearest available excavation equipment/supplies for responding to emergency**

| Equipment Type | Contact Person | Phone Number |
|---|---|---|
| Excavator and Manure trucks | Paulo Brothers | 707-778-0979 |
| Excavator and Equipment | E.K. Excavating | 707-938-5172 |
| Pumps | Jerry and Don's Pump | 707-762-1473 |

**Contacts to be made by the owner or operator within 24 hours**

| Organization | Phone Number |
|---|---|
| EPA Emergency Spill Hotline | 916-657-1010 |
| County Health Department | 707-565-4477 |
| Other State Emergency Agency | 510-464-1255 |

**Be prepared to provide the following information:**

a. Your name and contact information.
b. Farm location (driving directions) and other pertinent information.
c. Description of emergency.
d. Estimate of the amounts, area covered, and distance traveled.
e. Whether manure has reached surface waters or major field drains.
f. Whether there is any obvious damage: employee injury, fish kill, or property damage.
g. Current status of containment efforts.

## 3.2. Biosecurity Measures

Biosecurity is critical to protecting livestock and poultry operations. Visitors must contact and check in with the producer before entering the operation or any production or storage facility.

## 3.3. Catastrophic Mortality Management

Refer to NRCS standards, or state guidance, regarding appropriate catastrophic animal mortality handling methods.

### Plan for Catastrophic Animal Mortality Handling

The following table describes how you plan to manage catastrophic loss of animals in a manner that protects surface and ground water quality. You must follow all national, state and local laws, regulations and guidelines that protect soil, water, air, plants, animals and human health.

***Important!*** In the event of catastrophic animal mortality, contact the following authority before beginning carcass disposal:

**A. <u>Contact Phone Information</u>**

| | |
|---|---|
| Farm Emergency Coordinator: | Mike Mulas<br>Phone: 707-695-8930 |
| Veterinarian: | Sonoma Marin Vet<br>Phone: 707-996-6165 |
| Excavation equipment needed: | Dump truck, excavator, and loader. |

**B. <u>Emergency Information</u>**

| | |
|---|---|
| Location of mortality storage area: | Near Barn #1 |
| Location of catastrophic mortality burial area: | TBD |

**C. <u>Mortality Disposal Actions</u>**

1. Contact veterinarian if death is suspicious or animal displayed unusual symptoms.
2. Remove mortality from the livestock production area and place in area designated for mortality storage.
3. Contact mortality disposal contractor to arrange pick up within 24 hours in the summer and 48 hours in the winter.

If disease outbreak requires it, implement procedures as directed by State Veterinarian. This may include killing exposed animals, burning their carcasses, and burial of their ashes in the catastrophic mortality burial area.

LEGEND
Shade Barn
FS Freestall Barn
Wastewater Storage
Corrals
Milk Barn
Shop
Commodity Barn
Hay Barn
Calf Barn
Hospital Barn
Manure Storage
Feed Storage
Pump
Domestic Well
"T" Pipe
Wastewater Pipeline
Flush Pipeline
Flood Levy
Drain
Flow Direction
Flush Lane
Concrete Diversion Wall
FS
WWS
WWS 2
WWS 3
Arroyo Seco Creek
M1
ST16
M2
ST16
THE SOURCE GROUP, INC.
SGI environmental
3451-C VINCENT ROAD
PLEASANT HILL, CA 94523
SCALE:
0
200
400
APPROXIMATE SCALE IN FEET
MULAS DAIRY
SONOMA COUNTY, CALIFORNIA
FIGURE 2
MULAS DAIRY
PROJECT NO.
011-DMCNMP-001
DATE:
6/8/11
DRAWN BY:
SB
APP. BY:
TP
DMCNMP



LEGEND
Shade
Wastewater Storage
Corral
Scraped Lane
Fresh Water Basin
Pump
Flow Direction
Fresh Water Basin
WWS 5
WWS 4
Storage Barn
SGI environmental
THE SOURCE GROUP, INC.
3451-C VINCENT ROAD
PLEASANT HILL, CA 94523
SCALE:
0
300
600
APPROXIMATE SCALE IN FEET
PROJECT NO.
011-NCCNMP-001
MULAS DAIRY
SONOMA COUNTY, CALIFORNIA
DATE:
6/7/11
DRAWN BY:
SB
APP. BY:
TP
FIGURE 3
HEIFER FACILITY
NCCNMP

NORTHWESTERN
Sonoma Skypark
Sewage Disposal
Creek
ROAD
HYDE RD
HYDE RD
RAMAL
EBLO LANDS OF SONOMA
Arroyo Seco
BM 12
WT
Schellville
Schell Creek
Tule Vista School
Windmill
H U I C
LEVEE
Schell
Rodeo Arena
LEGEND
Site Location
THE SOURCE GROUP, INC.
SGI environmental
3451-C VINCENT ROAD
PLEASANT HILL, CA 94523
SCALE:
0
3,000
6,000
APPROXIMATE SCALE IN FEET
MULAS DAIRY
SONOMA COUNTY, CALIFORNIA
FIGURE 1
TOPOGRAPHIC MAP
PROJECT NO.
011-NCCNMP-001
DATE:
6/6/11
DRAWN BY:
SB
APP. BY:
TP
NCCNMP

# Section 1. Background and Site Information

## 1.1. General Description of Operation

**Collection and transfer of manure and wastewater:**
Freestall barns are flushed once a day with flush water from wastewater storage 3 (WWS3). Following the flush, semi-solid manure from the freestall lanes, as well as the loafing areas, is scraped into the manure stacking area, Dry Stack 1, limiting the frequency of flushing and reducing the solids accumulation in the storages. Milk barn wash water flows through a wastewater pipeline into WWS1. The Feed Stacking Area drains to a collection point on the southeast corner; it can then be pumped to the flush lane where it will continue flowing into WWS 1. Wastewater from WWS1 gravity flows to wastewater storage 2 (WWS2) that, in turn, gravity flows into wastewater storage 3 (WWS3), which is the flush pond. Solids settle out in WWS1 and WWS2. Wastewater storage 1 is cleaned with an excavator two to three times a year, and the solids can be either directly loaded into trucks or stored next to WWS1 in the manure stacking area, Dry Stack 2. Wastewater storage 2 is cleaned every two years or when needed. Additional manure stacking and/or feed can, at times, be stored near the westernmost dry stock corrals.

Wastewater storage 3 can be pumped to either wastewater storage 4 (WWS4) or wastewater storage 5 (WWS5), as needed. Wastewater can be pumped back and forth between WWS4 and WWS5. Wastewater storages are pumped down on an annual basis.

Manure deposited in the corrals is piled and removed annually. On a yearly basis, 75% of the manure in dry stacks and corrals is exported offsite, approximately 15% is used for bedding and the remainder is applied to fields.

**Storage of manure and wastewater:**
There are five wastewater storages (WWS) and two dry stacking areas. The approximate dimensions are as follows:
WWS1- 260'L X 112'W X 30'D
WWS2- 300'L X 60'W X 15'D
WWS3- 300'L X 150'W X 30'D
WWS4- 600'L X 200'W X 30'D
WWS5- 390'L X 200'W X 25'D
Dry Stack 1- 172'L X 186'W
Dry Stack 2- 510'L X 230'W

**Treatment of manure and wastewater:**
There are no treatment measures currently in use.

**Protection of manured areas from storm water flows:**
The dairy is built at a higher elevation than surrounding land. Storm water that flows through the drain in the corrals east of the facility is diverted to surrounding cropland away from fresh water areas. Drainage from the milk cow dry lots is collected in the flush lane and diverted to WWS1. Heifer facility storm water flows to WWS 4. The westernmost corrals drain and to a catch area to the south, but are unable, at this time, to be conveyed to a WWS.

**Control of irrigation runoff:**
Application of wastewater is done by big gun sprinkler and irrigation wheel lines. Wastewater applications are rotated over 12 fields of pasture and cropland and application volume is monitored to prevent runoff.

**Ultimate use of collected manure and wastewater:**
All wastewater and approximately 10% of the dry manure (primarily from the heifer area) is used to fertilize cropland and pasture. Approximately 75% of the dry manure and slurry is exported. Wastewater can be pumped from WWS3, WWS4, and WWS5 for irrigation.

**Method of manure distribution and application to cropland:**
Wastewater is applied by the producer using a traveling big gun or interconnected wheel lines. Dry manure and slurry are applied by a custom manure hauler using manure trucks or slurry tankers.



LEGEND
Field Boundary
Wastewater Storage
City Water Control Box
Flood Gate
Setback
Wastewater Pipeline
City Irrigation Water Pipeline
Surface Water
Private Irrigation Pipelines
N
Schellville
Fremont Dr
Broadway
12
Field 3
Field 4
Field 5
Field 6
Field 7
Field 8
Field 9
Field 10
Field 11
Field 12
Field 13
Field 14
Field 15
Field 16
WWS 1, 2
WWS 4, 5
THE SOURCE GROUP, INC.
SGI environmental
3451-C VINCENT ROAD
PLEASANT HILL, CA 94523
SCALE:
0 1200 2400
APPROXIMATE SCALE IN FEET
MULAS DAIRY
SONOMA COUNTY, CALIFORNIA
FIGURE 4
FIELD MAP
PROJECT NO.
011-NCCNMP-001
DATE:
9/20/11
DRAWN BY:
SB
APP. BY:
TP
NCCNMP

Soil Map—Sonc `ounty, California

USDA Natural Resources Conservation Service

Web Soil Survey
National Cooperative Soil Survey

7/8/2011
Page 1 of 3