ANDREW L. PACKARD (State Bar No. 168690)
WILLIAM N. CARLON (State Bar No. 305739)
Law Offices of Andrew L. Packard
245 Kentucky Street, Suite B3
Petaluma, CA 94952
Tel: (707) 763-7227
E-mail: andrew@packardlawoffices.com
         wncarlon@packardlawoffices.com

WILLIAM VERICK (State Bar No. 140972)
Klamath Environmental Law Center
1125 16th Street, Suite 204
Arcata, CA  95521
Tel: (707) 630-5061
Email: wverick@igc.org

Attorneys for Plaintiff
CALIFORNIA SPORTFISHING
PROTECTION ALLIANCE

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE,<br><br>        Plaintiff,<br><br>v.<br><br>MULAS DAIRY COMPANY, et al,<br><br>        Defendants. | Case No: 3:23-CV-00338<br><br><br>**NOTICE OF APPEARANCE (ANDREW PACKARD)** |

Please take notice that Andrew Packard hereby enters his appearance as counsel for Plaintiff California Sportfishing Protection Alliance in this action.

Please take further notice that all parties to this action and the Court should add Andrew Packard as counsel for Plaintiff to their mailing lists for service of all pleadings and papers filed in this action as follows:

1

2 ANDREW L. PACKARD (State Bar No. 168690)
 Law Offices of Andrew L. Packard

3 245 Kentucky Street, Suite B3
 Petaluma, CA 94952

4 Tel: (707) 763-7227
 E-mail: andrew@packardlawoffices.com

5

6

7 Dated: January 23, 2023   LAW OFFICES OF ANDREW L. PACKARD

8       By:  /s/ William N. Carlon

9         William N. Carlon
         Attorneys for Plaintiff

10         CALIFORNIA SPORTFISHING
         PROTECTION ALLIANCE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF APPEARANCE (Andrew Packard)