ANDREW L. PACKARD (State Bar No. 168690)
WILLIAM N. CARLON (State Bar No. 305739)
Law Offices of Andrew L. Packard
245 Kentucky Street, Suite B3
Petaluma, CA 94952
Tel: (707) 763-7227
E-mail: andrew@packardlawoffices.com
         wncarlon@packardlawoffices.com

Attorneys for Plaintiff
CALIFORNIA SPORTFISHING
PROTECTION ALLIANCE

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, a non-profit corporation,<br><br>          Plaintiff,<br><br>v.<br><br>MULAS DAIRY COMPANY AND MICHAEL MULAS,<br><br>          Defendants. | Case No: 3:23-cv-00338-AGT<br><br>**PLAINTIFF'S CERTIFICATION OF CONFLICTS AND INTERESTED ENTITIES OR PERSONS (Local Rule 3-15)** |

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, there is no conflict or interest (other than the named parties) to report.

Dated: January 24, 2023       LAW OFFICES OF ANDREW L. PACKARD
                              By:    /s/ William N. Carlon
                                     William N. Carlon
                                     Attorneys for Plaintiff
                                     CALIFORNIA SPORTFISHING
                                     PROTECTION ALLIANCE