ANDREW L. PACKARD (State Bar No. 168690)
WILLIAM N. CARLON (State Bar No. 305739)
Law Offices of Andrew L. Packard
245 Kentucky Street, Suite B3
Petaluma, CA 94952
Tel: (707) 763-7227
E-mail: andrew@packardlawoffices.com
         wncarlon@packardlawoffices.com

Attorneys for Plaintiff
CALIFORNIA SPORTFISHING
PROTECTION ALLIANCE

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, a non-profit corporation,<br><br>        Plaintiff,<br><br>v.<br><br>MULAS DAIRY COMPANY AND MICHAEL MULAS,<br><br>        Defendants. | Case No: 3:23-cv-00338-AGT<br><br>**PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT (FRCP 7.1)** |

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff California Sportfishing Protection Alliance ("CSPA"), through its counsel of record, confirms that CSPA is a non-governmental corporate not-for-profit organization and that it has no parent companies, subsidiaries, or affiliates that have issued stock to the public in the United States or abroad.

Dated: January 24, 2023         LAW OFFICES OF ANDREW L. PACKARD
                                By:   /s/ William N. Carlon
                                      William N. Carlon
                                      Attorneys for Plaintiff
                                      CALIFORNIA SPORTFISHING
                                      PROTECTION ALLIANCE