```
ANDREW L. PACKARD (State Bar No. 168690)
WILLIAM N. CARLON (State Bar No. 305739)
Law Offices of Andrew L. Packard
245 Kentucky Street, Suite B3
Petaluma, CA 94952
Tel: (707) 763-7227
E-mail: andrew@packardlawoffices.com
        wncarlon@packardlawoffices.com
```

Attorneys for Plaintiff
CALIFORNIA SPORTFISHING PROTECTION ALLIANCE

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, a non-profit corporation,<br><br>    Plaintiff,<br><br>v.<br><br>MULAS DAIRY COMPANY AND MICHAEL MULAS,<br><br>    Defendants. | Case No: 3:23-cv-00338-AGT<br><br>**STIPULATION REGARDING SERVICE OF SUMMONS AND COMPLAINT** |

   WHEREAS, Plaintiff California Sportfishing Protection Alliance ("CSPA") filed its complaint ("Complaint") in this action on January 23, 2023;

   WHEREAS, Plaintiff has electronically transmitted to counsel for all Defendants courtesy copies the Complaint, the Summons, and the filings in the docket, including the Court's Oder Setting Initial Case Management Conference and ADR Deadlines;

   IT IS HEREBY STIPULATED by and among the parties to this action, by and through their respective counsel, that Defendants have waived service of the summons, and Plaintiff shall be deemed to have timely perfected service of the above-referenced documents on Defendants on March 10, 2023.

IT IS FURTHER STIPULATED that Defendants shall have until April 28, 2023 to file a response to the Complaint.

Dated: March 10, 2023                     LAW OFFICES OF ANDREW L. PACKARD

                                                /s/ Andrew L. Packard
                                                Andrew L. Packard
                                                Attorneys for Plaintiff
                                                CALIFORNIA SPORTFISHING
                                                PROTECTION ALLIANCE

Dated: March 10, 2023                     DICKENSON PEATMAN & FOGARTY

                                                /s/ Richard Idell
                                                Richard Idell
                                                Attorney for Defendants
                                                MULAS DAIRY COMPANY AND MICHAEL MULAS

**ATTESTATION FOR E-FILING**

I hereby attest pursuant to Civil L.R. 5-1(h) (3) that I have obtained concurrence in the filing of this document from the above Signatory prior to filing.

DATED: March 10, 2023                     By: /s/ Andrew L. Packard