RICHARD J. IDELL, SBN 069033
ORY SANDEL, SBN 233204
DICKENSON, PEATMAN & FOGARTY, P.C.
1500 First Street, Ste. 200
Napa, California 94559
Telephone: (707) 252-7122
Facsimile: (707) 340-7239
Email: ridell@dpf-law.com
       osandel@dpf-law.com
*Attorneys for Defendants, Mulas Dairy Company and Michael Mulas*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, a non-profit corporation, | CASE NO. 3:23-cv-00338-AGT |
|---|---|
| Plaintiff, | **NOTICE OF APPEARANCE** |
| vs. | |
| MULAS DAIRY COMPANY AND MICHAEL MULAS, | |
| Defendants. | |

PLEASE TAKE NOTICE that Richard Idell and Ory Sandel of Dickenson, Peatman & Fogarty, P.C., hereby enter their appearance in the above-captioned matter as counsel for Defendants Mulas Dairy Company and Michael Mulas.

Respectfully submitted,

DICKENSON, PEATMAN & FOGARTY, P.C.

Dated: March 15, 2023     By:   /s/ Richard Idell
                                Richard Idell (SBN 069033)
                                Ory Sandel (SBN 233204)
                                *Attorneys for Defendants, Mulas Dairy Company and Michael Mulas*