RICHARD J. IDELL, SBN 069033
ORY SANDEL, SBN 233204
DICKENSON, PEATMAN & FOGARTY
1500 First Street, Ste. 200
Napa, California 94559
Telephone: (707) 252-7122
Facsimile: (707) 340-7239
Email: ridell@dpf-law.com
           osandel@dpf-law.com
*Attorneys for Defendants, Mulas Dairy Company and Michael Mulas*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, a non-profit corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MULAS DAIRY COMPANY AND MICHAEL MULAS,<br><br>Defendants. | CASE NO. 3:23-cv-00338-AGT<br><br>**CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Mulas Dairy Company, by and through its counsel of record, states that it is a nongovernmental corporate party and that there is no parent corporation or any publicly held corporation owning 10% or more of its stock.

Respectfully submitted,

DICKENSON, PEATMAN & FOGARTY, P.C.

Dated: March 15, 2023     By:     /s/ Richard Idell
                                                Richard Idell (SBN 069033)
                                                Ory Sandel (SBN 233204)
                                                *Attorneys for Defendants, Mulas Dairy Company and Michael Mulas*