RICHARD J. IDELL, SBN 069033
ORY SANDEL, SBN 233204
DICKENSON, PEATMAN & FOGARTY, P.C.
1500 First Street, Ste. 200
Napa, California 94559
Telephone: (707) 252-7122
Facsimile: (707) 340-7239
Email: ridell@dpf-law.com
       osandel@dpf-law.com
*Attorneys for Defendants, Mulas Dairy Company and Michael Mulas*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, a non-profit corporation,<br><br>    Plaintiff,<br><br>    vs.<br><br>MULAS DAIRY COMPANY AND MICHAEL MULAS,<br><br>    Defendants. | CASE NO. 3:23-cv-00338-AGT<br><br>**CERTIFICATION OF CONFLICTS AND INTERESTED ENTITIES OR PERSONS** |
|---|---|

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, there is no conflict or interest (other than the named parties) to report.

                            Respectfully submitted,

                            DICKENSON, PEATMAN & FOGARTY, P.C.

Dated: March 15, 2023       By:   /s/ Richard Idell
                                     Richard Idell (SBN 069033)
                                     Ory Sandel (SBN 233204)
                                     *Attorneys for Defendants, Mulas Dairy Company and Michael Mulas*