1  ANDREW L. PACKARD (State Bar No. 168690)
   WILLIAM N. CARLON (State Bar No. 305739)
2  LAW OFFICES OF ANDREW L. PACKARD
   245 Kentucky Street, Suite B3
3  Petaluma, CA 94952
   Tel.: (707) 782-4060
4  Fax: (707) 782-4062
   E-mail: andrew@packardlawoffices.com
5          wncarlon@packardlawoffices.com

6  Attorneys for Plaintiff
7  California Sportfishing Protection Alliance

8  RICHARD J. IDELL, SBN 069033
   ORY SANDEL, SBN 233204
9  DICKENSON, PEATMAN & FOGARTY, P.C.
   1500 First Street, Ste. 200
10 Napa, California 94559
   Telephone: (707) 252-7122
11 Facsimile: (707) 340-7239
   Email: ridell@dpf-law.com
12         osandel@dpf-law.com

13  Attorneys for Defendants
    Mulas Dairy Company and Michael Mulas
14

15                 UNITED STATES DISTRICT COURT

16                 NORTHERN DISTRICT OF CALIFORNIA

17

| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, | No. 3:23-cv-00338-AGT |
|---|---|
| Plaintiff, | STIPULATION IN SUPPORT OF STIPULATION AND ORDER FOR EARLY SETTLEMENT CONFERENCE WITH MAGISTRATE JOSEPH SPERO AND [PROPOSED] ORDER; |
| v. | |
| MULAS DAIRY COMPANY, et al, | |
| Defendants. | |

This Stipulation of counsel for all parties to the within action is submitted in support of the STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS:

WHEREAS, the Parties are interested in resolving this matter without unnecessary litigation;

STIPULATED REQUEST FOR REFERRAL TO
SETTLEMENT CONFERENCE AND
    [PROPOSED] ORDER;            1         Case No. 3:23-cv-0038-AGT

1  WHEREAS, Plaintiff filed the complaint on January 23, 2023, and agreed to hold off on serving Defendants until March 9, 2023, to allow the Parties time to negotiate a settlement;

WHEREAS, Defendants' responsive pleading deadline has been further deferred to April 28, 2023;

WHEREAS, the Defendants voluntarily agreed and the Parties conducted a settlement-protected site visit at Defendants' facility on January 31, 2023;

WHEREAS, Plaintiff provided an initial settlement demand on February 15, 2023;

WHEREAS, Defendants provided a response to the settlement demand on March 17, 2023;

WHEREAS, the Parties are continuing to negotiate in good faith, but are interested in using the services of Chief Magistrate Judge Joseph Spero to conduct a settlement conference pursuant to ADR Local Rule 7;

WHEREAS, the Parties would like to conduct the settlement conference at the next available date, and in any case, no later than May 31, 2023.

THEREFORE, IT IS HEREBY STIPULATED, the Parties request that the Court refer the matter to Chief Magistrate Judge Joseph Spero for a settlement conference to be conducted on the earliest available date to Judge Spero and the Parties;

DATED: April 13, 2023                    /s/William N. Carlon
                                         William N. Carlon
                                         Attorneys for Plaintiff
                                         California Sportfishing Protection
                                         Alliance

DATED: April 13, 2023                    /s/Richard Idell
                                         Richard Idell
                                         Attorney for Defendants
                                         Mulas Dairy Company, et al.

**ATTESTATION FOR E-FILING**

I hereby attest pursuant to Civil L.R. 5-1(i) (3) that I have obtained concurrence in the filing of this document from the above Signatory prior to filing.

DATED: April 13, 2023                                  By: /s/ William N. Carlon

STIPULATED REQUEST FOR REFERRAL
TO SETTLEMENT CONFERENCE AND
[PROPOSED] ORDER;                                3                              Case No. 3:23-cv-00338-AGT

## [PROPOSED] ORDER

GOOD CAUSE appearing, the matter is referred to Chief Magistrate Judge Spero to conduct a settlement conference on [DATE].

DATED:_____                                    _____

                                             HON. ALEX G. TSE

                                             United States District Court

STIPULATED REQUEST FOR REFERRAL TO SETTLEMENT CONFERENCE AND [PROPOSED] ORDER;        1        Case No. 3:23-cv-0038-AGT