1   ANDREW L. PACKARD (State Bar No. 168690)
    WILLIAM N. CARLON (State Bar No. 305739)
2   LAW OFFICES OF ANDREW L. PACKARD
    245 Kentucky Street, Suite B3
3   Petaluma, CA 94952
    Tel.: (707) 782-4060
4   Fax: (707) 782-4062
    E-mail: andrew@packardlawoffices.com
5            wncarlon@packardlawoffices.com

6   Attorneys for Plaintiff
7   California Sportfishing Protection Alliance

8   RICHARD J. IDELL, SBN 069033
    ORY SANDEL, SBN 233204
9   DICKENSON, PEATMAN & FOGARTY, P.C.
    1500 First Street, Ste. 200
10  Napa, California 94559
    Telephone: (707) 252-7122
11  Facsimile: (707) 340-7239
    Email: ridell@dpf-law.com
12           osandel@dpf-law.com

13   Attorneys for Defendants
     Mulas Dairy Company and Michael Mulas
14

15                    UNITED STATES DISTRICT COURT

16                   NORTHERN DISTRICT OF CALIFORNIA

17

18   CALIFORNIA SPORTFISHING              No.  3:23-cv-00338-AGT
     PROTECTION ALLIANCE,
19                                        STIPULATION IN SUPPORT OF
                      Plaintiff,          STIPULATION AND ORDER FOR EARLY
20                                        SETTLEMENT CONFERENCE WITH
           v.                             MAGISTRATE JOSEPH SPERO AND ORDER
21
     MULAS DAIRY COMPANY, et al,
22
                      Defendants.
23

24

25         This Stipulation of counsel for all parties to the within action is submitted in support of

26   the STIPULATION AND ORDER SELECTING ADR PROCESS:

27         WHEREAS, the Parties are interested in resolving this matter without unnecessary

28   litigation;

     STIPULATED REQUEST FOR REFERRAL TO
     SETTLEMENT CONFERENCE AND ORDER          1          Case No. 3:23-cv-0038-AGT

1    WHEREAS, Plaintiff filed the complaint on January 23, 2023, and agreed to hold off on

2    serving Defendants until March 9, 2023, to allow the Parties time to negotiate a settlement;

3    WHEREAS, Defendants' responsive pleading deadline has been further deferred to April

4    28, 2023;

5    WHEREAS, the Defendants voluntarily agreed and the Parties conducted a settlement-

6    protected site visit at Defendants' facility on January 31, 2023;

7    WHEREAS, Plaintiff provided an initial settlement demand on February 15, 2023;

8    WHEREAS, Defendants provided a response to the settlement demand on March 17,

9    2023;

10    WHEREAS, the Parties are continuing to negotiate in good faith, but are interested in

11    using the services of Chief Magistrate Judge Joseph Spero to conduct a settlement conference

12    pursuant to ADR Local Rule 7;

13    WHEREAS, the Parties would like to conduct the settlement conference at the next

14    available date, and in any case, no later than May 31, 2023.

15    THEREFORE, IT IS HEREBY STIPULATED, the Parties request that the Court refer the

16    matter to Chief Magistrate Judge Joseph Spero for a settlement conference to be conducted on the

17    earliest available date to Judge Spero and the Parties;

18

19    DATED: April 13, 2023                                    /s/William N. Carlon
                                                               William N. Carlon
20                                                             Attorneys for Plaintiff
                                                               California Sportfishing Protection
21                                                             Alliance

22    DATED: April 13, 2023                                    /s/Richard Idell
23                                                             Richard Idell
                                                               Attorney for Defendants
24                                                             Mulas Dairy Company, et al.

25

26

27

28

STIPULATED REQUEST FOR REFERRAL
TO SETTLEMENT CONFERENCE AND
ORDER                                    2                    Case No. 3:23-cv-00338-AGT

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ATTESTATION FOR E-FILING**

I hereby attest pursuant to Civil L.R. 5-1(i) (3) that I have obtained concurrence in the filing of this document from the above Signatory prior to filing.

DATED: April 13, 2023                             By: /s/ William N. Carlon

1

## **ORDER**

2          GOOD CAUSE appearing, the matter is referred to Magistrate Judge Spero to conduct a

3   settlement conference on a date to be determined by Judge Spero.

4

5   DATED: April 13, 2023

6

7

8                                              HON. ALEX G. TSE

9                                              United States Magistrate Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28