RICHARD J. IDELL, SBN 069033
ORY SANDEL, SBN 233204
DICKENSON, PEATMAN & FOGARTY, P.C.
1500 First Street, Ste. 200
Napa, California 94559
Telephone: (707) 261-7000
Facsimile: (707) 340-7239
Email: ridell@dpf-law.com
       osandel@dpf-law.com

*Attorneys for Defendants Mulas Dairy Company and Michael Mulas*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, a non-profit corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>MULAS DAIRY COMPANY AND MICHAEL MULAS,<br><br>Defendants. | CASE NO. 3:23-cv-00338-AGT<br><br>**DEMAND FOR JURY TRIAL BY DEFENDANTS MULAS DAIRY COMPANY AND MICHAEL MULAS** |
|---|---|

TO: All Parties and to their attorneys of record in the within action:

PLEASE TAKE NOTICE that MULAS DAIRY COMPANY and MICHAEL MULAS each hereby demand a trial by jury in the above matter as to each and every issue for which a jury trial is permitted under the Federal Rules of Civil Procedure, including, without limitation, Rule 38.

Dated: April 28, 2023                     DICKENSON PEATMAN & FOGARTY P.C.

                                          By:  /s/ Richard J. Idell
                                               Richard J. Idell (SBN 069033)
                                               Ory Sandel (SBN 233204)
                                               *Attorneys for Defendants Mulas Dairy Company and Michael Mulas*