RICHARD J. IDELL, SBN 069033
ORY SANDEL, SBN 233204
DICKENSON, PEATMAN & FOGARTY, P.C.
1500 First Street, Ste. 200
Napa, California 94559
Telephone: (707) 252-7122
Facsimile: (707) 340-7239
Email: ridell@dpf-law.com
       osandel@dpf-law.com
*Attorneys for Defendants, Mulas Dairy Company and Michael Mulas*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, a non-profit corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MULAS DAIRY COMPANY AND MICHAEL MULAS,<br><br>Defendants. | CASE NO. 3:23-cv-00338-AGT<br><br>**DECLARATION OF PAUL SOUSA IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS OR, IN THE ALTERNATIVE, FOR A STAY OF THE ACTION**<br><br>**[Fed. R. Civ. P. 12(b)(1)]**<br><br>**Date**: Friday, June 2, 2023<br>**Time**: 10:00 a.m.<br>**Place:** United States District Court, N.D. Cal. San Francisco Courthouse Courtroom A – Fifteenth Floor 450 Golden Gate Avenue San Francisco, CA 94102<br>(E-filing)<br>Hon. Judge Alex G. Tse, Presiding |

I, Paul Sousa, do state as follows under penalty of perjury:

1.  I am employed as the Director of Environmental & Regulatory Affairs for Western United Dairies (https://westernuniteddairies.com/), a dairy trade organization that advises member dairies on a variety of topics including regulatory compliance. I have been employed by Western United Dairies since August of 2005. All of the matters set forth in this declaration are based on my own personal knowledge, or based on my review of pertinent documents. If sworn as a witness, I could and would be able to testify competently concerning the matters set forth herein.

2.     As the Director of Environmental & Regulatory Affairs for Western United Dairies, I am very familiar with the regulatory scheme of the State Water Resources Control Board ("State Board"), particularly as it pertains to dairies. In addition, I worked for the Central Valley Water Board from 1999 to 2004, and my job involved regulating confined animal facilities, including dairies, so I have been immersed in the regulatory scheme governing dairies, confined animal facilities and storm water for more than two decades. In addition, I have been in and around dairy operations since childhood and thus I am very familiar with dairy operations and best practices of management of such an operation.

3.     I am very familiar with the California Regional Water Quality Control Board San Francisco Region ("Regional Water Board") development and promulgation of Water Discharge Requirements Order No. R2-2015-0031 ("WDR 2015-0031"). I was at Western United Dairies when WDR 2015-0031 was being drafted and developed. I was part of a working group that developed a comment letter from Western United Dairies on the regulatory scheme. I was also involved in the back-and-forth comments, correspondence and negotiation regarding WDR 2015-0031 leading up to its final version. WDR 2015-0031 was later superseded by Water Discharge Requirements Order No. 2016-0031 ("WDR 2016-0031").

4.     All of the dairies in the San Francisco Region (Region 2 of the California Regional Water Quality Control Board), including the Mulas Dairy Company, are enrolled in WDR 2016-0031. The Sonoma County Farm Bureau administers surface water monitoring for WDR 2016-0031 in Sonoma County. A copy of WDR 2016-0031 is attached as Exhibit "A" to the Declaration of Michael Mulas, filed herewith. Mulas Dairy enrolled in Tier 2 of WDR 2016-0031. WDR 2016-0031 does not permit discharge of storm water which, as applicable to the Mulas Dairy Company, is appropriate, since, as set forth below, the Mulas Dairy Company does not discharge storm water and has never discharged storm water.

5.     At some point, the Mulas Dairy Company enrolled in the federal National Pollutant Discharge Elimination System ("NPDES") program ("General Storm Water Permit"). As set forth below, the Mulas Dairy Company was not required to be regulated under the General

Storm Water Permit, and enrollment in the NPDES General Storm Water Permit was superfluous for the Mulas Dairy Company.

6. I am intimately familiar with the history of regulation of dairies by the Regional Water Board. The history of the Mulas Dairy's permitting, in particular, in moving from the General Storm Water Permit to WDR 2016-0031, is consistent with the history of regulation of dairies by the Regional Water Board.

7. Attached hereto as Exhibit "A" is a true and correct copy of a 2009 memorandum written by John Menke, who, at the time of this memorandum, was the Confined Animal Coordinator with the State Water Board. As noted in the memorandum, as early as 2009, the Regional Water Board recognized that "[c]overage under the General Storm Water Permit is not required for CAFOs[1] that do not directly or indirectly discharge storm water associated with industrial activities to waters of the U.S. A dairy operator may be able to implement measures that prevent all storm water discharges, and thus may not require coverage under the General Storm Water Permit." As further noted in the memorandum, the Regional Water Board recognized that "[h]istorically, some dairies enrolled under the General Storm Water Permit for reasons other than having a discharge that requires a permit. Those dairies are not required to continue their enrollment if they do not discharge *storm water associated with industrial activities* to *waters of the U.S.*; they may submit a "*Notice of Termination*" (*NOT*) to the Regional Water Board. NOTs take effect only when they are approved by the Regional Water Board."

8. As of January 23, 2023 (which I understand is the date that the complaint in this litigation was filed), all of the dairies in California located in the San Francisco Region (Region 2 of the California Regional Water Quality Control Board), including the Mulas Dairy Company, are regulated under WDR 2016-0031 or its predecessor, WDR 2015-0031, not under the General Storm Water Permit.

9. The Mulas Dairy Company is a member of Western United Dairies. In my capacity as the Director of Environmental & Regulatory Affairs for Western United Dairies, I have been in and around the Mulas Dairy Company's property and facility and, as a consequence,

---

[1] A "CAFO" is a concentrated animal feeding operation.

1  I am very familiar with the facility and its layout, as well as with practices of the Mulas Dairy
2  Company with regard to storm water.
3     10.   The Mulas Dairy is not on a hill and so does not have to deal with storm water
4  draining downhill. The Mulas Dairy is designed like a bathtub, in the sense that all storm water
5  drains within the facility to a series of containment ponds which are regularly maintained, and
6  there is no storm water discharge from the site. My understanding is that those containment ponds
7  are capable of withstanding a 24-hour once-in-a-century storm, and are therefore legally adequate
8  to function as intended to accept and process storm water.
9     I declare under penalty and perjury under the laws of the United States of America that the
10 foregoing is true and correct and that this declaration was executed on the _21_ [date] day of
11 April, 2023, at __Turlock__ [city], California.

_____
Paul Sousa