RICHARD J. IDELL, SBN 069033
ORY SANDEL, SBN 233204
DICKENSON, PEATMAN & FOGARTY, P.C.
1500 First Street, Ste. 200
Napa, California 94559
Telephone: (707) 252-7122
Facsimile: (707) 340-7239
Email: ridell@dpf-law.com
          osandel@dpf-law.com
*Attorneys for Defendants, Mulas Dairy Company and Michael Mulas*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, a non-profit corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MULAS DAIRY COMPANY AND MICHAEL MULAS,<br><br>Defendants. | CASE NO. 3:23-cv-00338-AGT<br><br>**DECLARATION OF MICHAEL MULAS IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS OR, IN THE ALTERNATIVE, FOR A STAY OF THE ACTION**<br><br>**[Fed. R. Civ. P. 12(b)(1)]**<br><br>**Date**:  Friday, June 2, 2023<br><br>**Time**:  10:00 a.m.<br><br>**Place:**  United States District Court, N.D. Cal.<br>San Francisco Courthouse<br>Courtroom A – Fifteenth Floor<br>450 Golden Gate Avenue<br>San Francisco, CA 94102<br><br>(E-filing)<br><br>Hon. Judge Alex G. Tse, Presiding |

I, Michael Mulas, do state as follows:

1.      I am the Chief Executive Officer of Mulas Dairy Company ("Mulas Dairy"), a defendant herein, and also a defendant herein in my individual capacity. I am over the age of eighteen and fully competent to make this declaration. All of the matters stated herein are of my own personal knowledge, except as to those matters derived from my review of documents or other information and, as to those matters, such matters are stated on information and belief and, as to those matters, I believe them to be true. If sworn as a witness I could and would testify competently to the matters stated herein.

1

**Background**

2.      The Mulas Dairy is a small, family, organic dairy that operated on property in Sonoma County which my family has owned and farmed for over 100 years. The address of the organic dairy operation is 2034 Fremont Dr., Sonoma, California 95476. The organic dairy operated on that land for most of that time. My family and I are considered good stewards of our land and have been publicly honored by our community for that stewardship. My family owns or controls some 820 acres of land in and around where the dairy operation was on Fremont Dr. ("Mulas Land"). The dairy operation was comprised of approximately 60 acres.

**Denial of Plaintiff's Allegations**

3.      Mulas Dairy does not discharge storm water, nor any other water, and has not discharged storm water nor any other water, and neither have I. The allegations made by California Sportfishing Protection Alliance ("Plaintiff" or "CSPA") in its Complaint in this action are fully and flatly denied and have no factual basis. All of the other allegations of Plaintiff's Complaint regarding pollution of the environment are also factually inaccurate. Mulas Dairy produced organic milk from organic cows and we prided ourselves in our operation and our product, and, our adherence to best practices, including organic practices.

4.      The dairy operation itself was a self-contained area within the Mulas Land that is built like (to use an analogy) a giant bathtub, such that all storm water falling on the dairy facility would drain within the dairy facility and, from there, out to one of five specially-designed containment ponds which were regularly maintained. Those containment ponds are designed to withstand a 24-hour once-in-a-century storm. Storm water did not leave the dairy facility nor the Mulas Land.

**WDR 2016-0031 and Notice of Termination of General Storm Water Permit**

5.      All of the dairies located in the San Francisco Bay Area are regulated under California Regional Water Quality Control Board San Francisco Region ("Regional Water Board").

6.      Back in 2015, as a consequence of misinformation and misunderstanding, the Mulas Dairy was enrolled and complied with the State of California's General Industrial Permit

2

for storm water discharges, State Water Resources Control Board ("State Board") Water Quality Order No. 91-13-DWQ, as amended by Water Quality Order No. 92-12-DWQ, Water Quality Order No. 97-03-DWQ, Water Quality Order No. 2014-0057-DWQ, and Water Quality Order No. 2015-0122, National Pollutant Discharge Elimination System ("NPDES") General Permit No. CAS000001 (hereinafter "General Storm Water Permit").

7.     On August 11, 2015, Mulas Dairy also enrolled in the Regional Water Board's Water Discharge Requirements Order No. R2-2015-0031 ("WDR 2015-0031"). As I understand the history, WDR 2015-0031 was superseded by Water Discharge Requirements Order No. 2016-0031 ("WDR 2016-0031"). Attached hereto as Exhibit "A" is a true and correct copy of WDR 2016-0031. On November 10, 2020, Mulas Dairy confirmed that it was enrolled in the "Tier 2" program under WDR 2016-0031.

8.     As of the January 23, 2023 filing of Plaintiff's Complaint in this action, all of the dairies located in the San Francisco Bay Area were regulated under WDR 2016-0031 or its predecessor, WDR 2015-0031, and not under the General Storm Water Permit. Thus, although Mulas Dairy was enrolled in the General Storm Water Permit, it was not required to be. WDR 2016-0031, Tier 2, does not permit discharge of storm water and Mulas Dairy always complied. WDR 2016-0031 is administered by the Sonoma County Farm Bureau.

9.     On or about May 20, 2021, Mulas Dairy wrote to the Regional Water Board and advised them that "the 2021 NPDES report will be the last one", noting that Mulas Dairy had enrolled in the "Tier 2" program under WDR 2016-0031 on November 10, 2020. Attached hereto as Exhibit "B" is a true and correct copy of my May 20, 2021 letter. This letter was intended by me to terminate Mulas Dairy's enrollment in the General Storm Water Permit.

10.    However, at that time, neither I nor anyone else at the Mulas Dairy realized that a formal Notice of Termination was required to be given to the Regional Water Board and had to be filed online, and that such Notice of Termination becomes effective only when approved by the Regional Water Board (although the effective date is the date on which the Notice of Termination was given, i.e., the Notice of Termination becomes effective retroactively).

11.     On January 23, 2023 – the same date as the Complaint in this action was filed – Mulas Dairy filed online a formal Notice of Termination of enrollment in the General Storm Water Permit with the Regional Water Board, citing enrollment and compliance with WDR 2016-0031 as the reason for the Notice of Termination. A true and correct copy of the said Notice of Termination is attached hereto as Exhibit "C". That filing is public record, as are all filings with the Regional Water Board.

12.     On March 17, 2023, the Regional Water Board held two inspections at the Mulas Dairy: (1) an inspection to review Mulas Dairy's compliance with WDR 2016-0031; and (2) an inspection for approval the Notice of Termination dated January 23, 2023. I fully expect that the inspections will result in a finding of compliance with WDR 2016-0031 and an approval of the Notice of Termination. If the Notice of Termination is approved by the Regional Water Board, the effective termination date will be January 23, 2023, the date on which the Notice of Termination was filed, and the same date that the Complaint in this action was filed.

**Contract for Sale of Mulas Dairy's Herd of Dairy Cows**

13.     As of the week of April 3, 2023, Mulas Dairy decided to sell its herd of dairy cows and terminate its dairy operation. This decision was a direct result of the cost and distraction of this litigation, including related discovery, which has financially overwhelmed this small family operation and will continue to do so as long as we have to continue with the litigation. As of April 7, 2023, eighty percent (80%) of the herd has already been contracted for sale and will be removed from the premises by May 31, 2023. A true and correct copy of the said contract for sale (redacted to protect proprietary financial information) is attached hereto as Exhibit "D". The remaining twenty percent (20%) of the herd will be removed from the dairy, and the dairy operation will be shuttered, on or before October 31, 2023.

I declare under penalty and perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on the __23__ [date] day of April, 2023, at __Sonoma__ [city], California.

_Michael Mulas_
Michael Mulas

MULAS DECLARATION

4

CASE NO. 3:23-CV-00338-AGT