# Exhibit "B"

**MULAS DAIRY CO., INC.**
DAIRY AND FARMING
2034 FREMONT DRIVE
SONOMA, CALIFORNIA 95476

707-938-3134     FAX 707-938-5308

May 20, 2021                                                    WDID No. 2 491014984

Region 2 Water

This letter is to inform you that the 2021 NPDES report will be the last one. We sent in our Notice of Intent Tier 2 on 11/10/20 in which we are told covers all dairies.

Any Question Please contact us.

*Mike Mulas* (signature)

Mike Mulas
Mulas Dairy