1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# Exhibit "C"

MULAS DECLARATION                                                                                     CASE NO. 3:23-CV-00338-AGT





GAVIN NEWSOM
GOVERNOR



JARED BLUMENFELD
SECRETARY FOR
ENVIRONMENTAL PROTECTION

| WDID: 2 49I014984 | NOT ID: 563365 |
|---|---|
| Operator Information | Permit Type: Industrial |

Organization Name: Mulas Dairy Co
Address: 2034 Fremont Dr
City/State/Zip: Sonoma CA 95476
Contact Name: _____  Title: _____
Phone: _____  Email: _____

## Basis of Termination

☐ **1. Closed Facility:** The facility is closed and all closure, moving, and clean-up activities are complete.

Date of Closure: _____

Are you moving to a new location in California?

☐ Yes   ☐ No

If yes, start date at new location: _____

Will you file a new NEC or NOI?

☐ Yes   ☐ No

New Facility Information:
Business Name: _____
Address: _____
City/State/Zip: _____
Contact Name: _____  Title: _____
Phone: _____  Email: _____

☐ **2. Regulated By Another Permit:** Discharge of storm water associated with industrial activity is specifically regulated by another general or individual NPDES permit.

NPDES Permit Number: _____
Date Coverage Began: _____





WDID: 2 49I014984

NOT ID: 563365

## Basis of Termination (continued)

☐ **3. New Owner/Operator:**

Date facility/site was transferred to new owner/operator: _____

Have you notified the new owner/operator of the storm water NPDES permit requirements?

☐ Yes   ☐ No

Organization Name: _____

Address: _____

City/State/Zip: _____

Contact Name: _____   Title: _____

Phone: _____   Email: _____

☐ **4. Notice of Non-Applicability:**

☐ a. Facility Does Not Discharge

☐ b. Discharge is Not Hydrologically Connect to Waters of the US

☐ c. Facility Not Required by Federal Regulation to be Regulated by an Industrial Activies Storm Water NPDES Permit

☒ ). **Other:**

The dairy is enrolled in and complies with R2-2016-0031.

## Certification

Name: _____Mike Mulas_____   Date: _____January 23, 2023_____

Title: _____president_____

**Attachments Meta Data Information:**

| Attachment ID | File Name | File Description | File Hash | File Size | Date Attached | Attachment Type |
|---|---|---|---|---|---|---|
| | | | | | | |

| Attachment ID | File Name | File Description | File Hash | File Size | Date Attached | Attachment Type |
|---|---|---|---|---|---|---|
| | | | | | | |