# Exhibit "D"

THIS IS A LEGALLY BINDING CONTRACT.
READ IT CAREFULLY
AGREEMENT OF SALE OF PERSONAL PROPERTY
AND INSTRUCTIONS TO PIETERSMA & COMPANY CUSTODIAL ACCOUNT FOR SHIPPER'S PROCEEDS

April 6, 2023

**PURCHASER:**  NATURAL PRAIRIE DAIRY FARMS, LLC
P.O. Box 659
Hartley, TX 79044
Physical Address:
10250 U.S. Hwy. 385
Channing, TX 79018
(806) 365-4189

**SELLER:**  MULAS DAIRY COMPANY, INC.
2034 Fremont Drive
Sonoma, CA 95476
707/695-8930

**BROKER/
AGENT:**  PIETERSMA & COMPANY
Post Office Box 2500
Chino, CA 91708
909/627-2100

Upon the terms and subject to the conditions set forth in this Agreement of Sale of Personal Property and Instructions to Pietersma & Company Custodial Account for Shipper's Proceeds, Purchaser agrees to buy from Seller and Seller agrees to sell to Purchaser the hereinafter described personal property.

**Section 1. Sale Property.** The property which is the subject of this sale consists of approximately FIVE HUNDRED EIGHTY (580) head of mature Holstein dairy cows (milking & dry) to be selected from Seller's entire mature herd of approximately 725 head; and approximately FIVE HUNDRED TWENTY-FIVE (525) head of Holstein heifers of various ages and descriptions to be selected from approximately 550 head. Said dairy cattle are from Seller's certified organic dairy and are being sold as "organic" dairy cattle.

**Section 2. Terms of Sale.** The purchase price for the hereinbefore referred to dairy cattle shall be the sum of

$ ███████████████████████████████████████████████████████████████

calculated as follows:

580 dairy cow   525 heifers

Said total of $ ███████████ shall be payable as follows:

a.   A deposit into the Pietersma & Company Custodial Account for Shipper's Proceeds in the total amount of ███████████████████████████████████████ on or before day of possession.

**Section 3. Possession and Ownership.** Possession of the herein described dairy cattle located at Seller's premises in Sonoma, California, shall be delivered to Purchaser, FOB Seller's premises between April 15-May 15, 2023.

4104-04-23/P

**Section 4. Warranties on Cattle.** It is acknowledged by and between the parties hereto that the 1,105 head of dairy cattle which are the subject of this transaction, are located at or near Seller's premises in Sonoma, California. Seller does not warrant any unknown conditions of the dairy cattle that may be present. Purchaser or their representative has inspected the subject dairy cattle and accepts them as they now are, without any warranties from Seller or Broker, except, however, Seller warrants that all of the dairy cattle have been Calfhood Vaccinated and proof of said vaccination is evidenced by legible tattoos. Any and all health tests required for interstate shipment of the subject dairy cattle will be conducted by and paid for by Seller.

**Section 5. Brand Inspection.** It is hereby understood and agreed that a brand inspection certificate must be obtained on or before date of possession and Seller hereby agrees to pay for said brand inspection.

**Section 6. Payment for Dairy Cattle.** Seller herein guarantees and certifies that upon the execution by Seller of the Bill of Sale, Seller shall convey title to the subject dairy cattle free and clear of any and all liens, encumbrances and liabilities. Because of the foregoing covenant, and by mutual agreement of the parties hereto, the necessity of an escrow in connection with this transaction, is hereby waived by both parties, and both parties hereby agree to forever hold Broker harmless from their decision not to conduct an escrow on the subject dairy cattle being transacted herein.

Both Seller and Purchaser hereby instruct Broker to receive the cash payment in the amount of $█████ as set forth in Section 2 and to disburse the net funds after deducting commission as set forth in Section 8, in accordance with this Agreement through the Pietersma & Company Custodial Account for Shipper's Proceeds when the terms and conditions as herein set forth have been completed.

**Section 7. Possible Adjustment in Number of Cattle Being Transacted and Total Consideration.** During the period of April 15 through May 15, 2023, the agent will enter upon the Seller's premises to assist in loading the cattle herein being transacted. In the event agent, in his sole discretion, determines that one or more of the animals should not be loaded for any reason including sickness and injury and further is unable to locate a satisfactory replacement for said animal(s), the number of head will be reduced accordingly and the total consideration due by Purchaser will be reduced accordingly and Pietersma & Company is authorized to amend the Bill of Sale to reflect the correct number of animals being transacted.

**Section 8. Commission.** In and for the consideration of the Broker in this transaction obtaining a Purchaser and handling all documentation, a commission shall be paid to them in the amount of FIVE PER CENT (5%) of the gross sales price of this transaction.

**Section 9. Documents to be Delivered.** Broker in this transaction shall deliver an original of this transaction and the original Bill of Sale to the Purchaser; and an original of the transaction and a copy of the Bill of Sale to the Seller, subsequent to delivery of the dairy cattle.

**Section 10. General Provisions.** Any and all attorney's and/or accountant's fees incurred by the Purchaser and/or Seller shall be paid for by the party or parties employing such an attorney and/or accountant, and it shall not be the obligation of any other party hereto. In the event suit is brought to enforce the terms and conditions of this Agreement, the prevailing party in said suit shall be awarded reasonable costs and attorney's fees in any such action.

**Section 11. Counterparts.** This Agreement may be executed in multiple counterparts, each of which shall be deemed to be an original, but all of which shall constitute one and the same Agreement.

**Section 12. Liquidated Damages.** IN CONSIDERATION FOR THE SIGNING AND ACCEPTANCE OF THIS AGREEMENT BY THE SELLER AND PURCHASER, AND IN THE EVENT FOR ANY REASON, THE PURCHASER OR SELLER SHOULD DEFAULT IN THE TERMS AND CONDITIONS HEREOF, IT IS EXPRESSLY UNDERSTOOD AND AGREED BY AND BETWEEN THE PARTIES HERETO THAT IT WOULD BE EXTREMELY DIFFICULT AND IMPRACTICAL TO ASCERTAIN THE DAMAGES SUFFERED BY ONE

4104-04-23/P

PARTY THROUGH THE OTHER PARTIES DEFAULT, AND IT IS AGREED FOR THAT REASON THAT THE AMOUNT OF FIFTY THOUSAND AND NO/100 DOLLARS ($50,000.00) SHALL BE THE AMOUNT OF DAMAGE SUFFERED BY THE NON-DEFAULTING PARTY AND IT IS EXPRESSLY UNDERSTOOD AND AGREED THAT SAID AMOUNT IS NOT TO BE CONSIDERED A PENALTY FOR A BREACH HEREOF, BUT IT IS AGREED UPON AS LIQUIDATED DAMAGES BETWEEN THE SELLER AND PURCHASER, AND IN THE EVENT OF EITHER PARTY'S BREACH HEREUNDER, EITHER PARTY OR BOTH SHALL INSTRUCT THE BROKER TO FORWARD THE AMOUNT OF FIFTY THOUSAND AND NO/100 DOLLARS ($50,000.00) TO THE NON-DEFAULTING PARTY AND COLLECT SAME FROM THE DEFAULTING PARTY, AND RETURN ANY REMAINING BALANCE TO THE APPROPRIATE PARTY UPON TEN (10) DAYS NOTICE IN WRITING OF ANY SUCH DEFAULT.

**Section 13. Complete Agreement.** This document sets forth the entire agreement of Purchaser and Seller with respect to the purchase and sale provided for herein.

The terms and provisions of this Agreement, including all rights, privileges and obligations created by this Agreement, shall inure to the benefit of and be binding upon the heirs, devisees, administrators, executors, successors and assigns of the parties hereto.

**BROKER:** PIETERSMA & COMPANY

By: _____

We hereby agree to purchase the within described dairy cattle on the terms and conditions as herein set forth, and understand that PIETERSMA & COMPANY of Chino, California is agent for both the Seller and Purchaser.

IN WITNESS WHEREOF, the undersigned has set his hand and seal this __17__ day of April, 2023.

**PURCHASER:** NATURAL PRAIRIE DAIRY FARMS, LLC

By: _____
Donald De Jong or Cheri M. De Jong, Authorized Signatory

We hereby agree to sell the foregoing dairy cattle to the Purchaser on the terms and conditions as set forth in this Agreement and understand that PIETERSMA & COMPANY of Chino, California is agent for the Purchaser and Seller. We further agree to execute any and all documents in connection with this transaction.

We warrant that we are the owners and hold legal title to the dairy cattle being conveyed under the terms and conditions of this Agreement and agree to deliver title of same to the Purchaser free and clear of all liens, encumbrances and liabilities. We further warrant that we have the right to sell and transfer the dairy cattle to the Purchaser and agree to complete the sale according to the provisions as set forth in this Agreement of Sale of Personal Property and Instructions to Pietersma & Company Custodial Account for Shipper's Proceeds.

IN WITNESS WHEREOF, the undersigned has set his hand and seal this __19__ day of April, 2023.

**SELLER:** MULAS DAIRY COMPANY, INC.

By: _____
Michael Mulas, President

BROKER IS NOT AUTHORIZED TO GIVE LEGAL ADVICE. IF YOU NEED LEGAL ADVICE, PLEASE CONSULT YOUR ATTORNEY.

4104-04-23/P

3