RICHARD J. IDELL, SBN 069033
ORY SANDEL, SBN 233204
DICKENSON, PEATMAN & FOGARTY, P.C.
1500 First Street, Ste. 200
Napa, California 94559
Telephone: (707) 252-7122
Facsimile: (707) 340-7239
Email: ridell@dpf-law.com
       osandel@dpf-law.com
*Attorneys for Defendants, Mulas Dairy Company and Michael Mulas*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, a non-profit corporation,<br><br>             Plaintiff,<br><br>     vs.<br><br>MULAS DAIRY COMPANY AND MICHAEL MULAS,<br><br>             Defendants. | CASE NO. 3:23-cv-00338-AGT<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS, OR, IN THE ALTERNATIVE, FOR A STAY OF THE ACTION**<br><br>**[Fed. R. Civ. P. 12(b)(1), 12(b)(6)]**<br><br>**Date**: Friday, June 2, 2023<br>**Time**: 10:00 a.m.<br>**Place:** United States District Court, N.D. Cal.<br>San Francisco Courthouse<br>Courtroom A – Fifteenth Floor<br>450 Golden Gate Avenue<br>San Francisco, CA 94102<br><br>(E-filing)<br><br>Hon. Judge Alex G. Tse, Presiding |

The motion of Defendants Mulas Dairy Company ("Mulas Dairy") and Michael Mulas ("Mulas") (collectively, "Defendants") for an order dismissing the Complaint in this action, filed on January 23, 2023, by Plaintiff California Sportfishing Protection Alliance ("Plaintiff" or "CSPA") or, in the alternative, for a stay of the entire action, including as to discovery, pending: (1) the approval of the California Regional Water Quality Control Board, San Francisco Region, of Defendants' January 23, 2023 Notice of Termination of enrollment in General Permit No. CAS000001; and (2) completion of the sale of Defendants' herd of cattle, removal of all cattle

1

from the premises and the shutting down of Defendants' dairy operation, which is slated to begin in May of 2023, when 80 percent of the cattle will be moved, and to be completed on or before October 31, 2023, as to the remaining 20 percent ("Motion"), came on for regular hearing on June 2, 2023. Richard Idell appeared for Defendant. Andrew Packard appeared for Plaintiff.

The Court, having reviewed and considered the papers filed by the parties, and having heard and considered their arguments, finds as follows:

1. The Court does not have subject matter jurisdiction over this controversy upon the occurrence of the earlier of: (1) the approval of Defendants' January 23, 2023 Notice of Termination of enrollment in General Permit No. CAS000001; and (2) completion of the sale of Defendants' herd of cattle, removal of the cattle from the premises and the shutting down of Defendants' dairy operation.

2. With termination of the General Permit No. CAS000001 and/or all of the cattle off the premises, there is no reasonable likelihood of any ongoing violation in the future.

Good cause appearing therefor,

IT IS HEREBY ORDERED that Defendant's motion is GRANTED.

This action is hereby:

[ ] dismissed.

[ ] stayed in its entirety, including without limitation as to discovery, pending the occurrence of the earlier of: (1) the approval of Defendants' January 23, 2023 Notice of Termination of enrollment in General Permit No. CAS000001; and (2) completion of the sale of Defendants' herd of cattle, removal of the cattle from the premises and the shutting down of Defendants' dairy operation.

SO ORDERED.

Dated:

Hon. Alex G. Tse
Judge of the District Court