RICHARD J. IDELL, SBN 069033
ORY SANDEL, SBN 233204
DICKENSON, PEATMAN & FOGARTY, P.C.
1500 First Street, Ste. 200
Napa, California 94559
Telephone: (707) 252-7122
Facsimile: (707) 340-7239
Email: ridell@dpf-law.com
        osandel@dpf-law.com
*Attorneys for Defendants, Mulas Dairy Company and Michael Mulas*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, a non-profit corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MULAS DAIRY COMPANY AND MICHAEL MULAS,<br><br>Defendants. | CASE NO. 3:23-cv-00338-AGT<br><br>**DEFENDANTS' <u>AMENDED</u> NOTICE OF MOTION TO DISMISS, OR, IN THE ALTERNATIVE, FOR A STAY OF THE ACTION**<br><br>**[Fed. R. Civ. P. 12(b)(1), 12(b)(6)]**<br><br>**Former Date**: Friday, June 2, 2023<br><br>**New Date**:      Friday, August 4, 2023<br><br>**Time**: 10:00 a.m.<br><br>**Place**:  United States District Court, N.D. Cal.<br>San Francisco Courthouse<br>Courtroom A – Fifteenth Floor<br>450 Golden Gate Avenue<br>San Francisco, CA 94102<br><br>(E-filing)<br><br>Hon. Judge Alex G. Tse, Presiding |

TO:  ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT the motion of Defendants Mulas Dairy Company ("Mulas Dairy") and Michael Mulas ("Mulas") (collectively, "Defendants") for an order dismissing the Complaint in this action, filed on January 23, 2023, by Plaintiff California Sportfishing Protection Alliance ("Plaintiff" or "CSPA") or, in the alternative, for a stay of the entire action, including as to discovery ("Motion"), previously noticed to be heard on the 2nd day of June, 2023, shall now be heard on the <u>4th day of August, 2023</u>, at the hour of 10:00 a.m.

1    in the Courtroom of the Honorable Judge Alex G. Tse, located at 450 Golden Gate Avenue,

2    Courtroom A, 15th Floor, San Francisco, California 94102.

3                                              Respectfully submitted,

4                                              DICKENSON, PEATMAN & FOGARTY, P.C.

5    Dated: May 9, 2023              By:    /s/ Richard Idell
6                                            Richard Idell (SBN 069033)
                                             Ory Sandel (SBN 233204)
7                                            *Attorneys for Defendants, Mulas Dairy Company
                                             and Michael Mulas*

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

AMENDED NOM TO DISMISS OR FOR STAY                          CASE NO. 3:23-CV-00338-AGT