ANDREW L. PACKARD (State Bar No. 168690)
WILLIAM N. CARLON (State Bar No. 305739)
LAW OFFICES OF ANDREW L. PACKARD
245 Kentucky Street, Suite B3
Petaluma, CA 94952
Tel.: (707) 782-4060
Fax: (707) 782-4062
E-mail: andrew@packardlawoffices.com
           wncarlon@packardlawoffices.com

Attorneys for Plaintiff
California Sportfishing Protection Alliance

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE,<br><br>Plaintiff,<br><br>v.<br><br>MULAS DAIRY COMPANY, et al,<br><br>Defendants. | No. 3:23-cv-00338-AGT<br><br>**DECLARATION OF WILLIAM N. CARLON IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS, OR, IN THE ALTERNATIVE, FOR A STAY OF THE ACTION**<br><br>**Date:** August 4, 2023<br>**Time:** 10:00 a.m.<br>**Judge:** Hon. Alex G. Tse |

I, William N. Carlon, declare:

1. I am an attorney with the Law Offices of Andrew L. Packard, counsel of record for Plaintiff California Sportfishing Protection Alliance.

2. Attached to this declaration as **Exhibit 1** is a true and correct copy of Defendants February 15, 2015 Notice of Intent obtained from the publicly-available online SMARTS database maintained by the State Water Resources Control Board.

3. On or about December 9, 2022, Plaintiff received a letter from Richard Idell, informing Plaintiff that he had been retained as counsel in regard to the claims raised by Plaintiff's November 22, 2022 Notice Letter. The parties commenced settlement discussions shortly thereafter.

4. The case did not settle, however, and Plaintiff filed its Complaint on January 23, 2023.

5. The parties agreed to continue discussing settlement options, and agreed to seek a referral to Chief Magistrate Judge Spero for an early settlement conference, now scheduled for June 22, 2023.

6. Defendants re-noticed the hearing for their Motion to Dismiss to August 4, 2023, but declined to enter into a stipulation moving the briefing schedule such that the parties' opposition and reply briefs would be due after the settlement conference.

I declare under penalty of perjury that the foregoing is true and correct. Executed on May 12, 2023 at Napa, California.

_____
William N. Carlon

# EXHIBIT 1





State Water Resources Control Board
# NOTICE OF INTENT
GENERAL PERMIT TO DISCHARGE STORM WATER
ASSOCIATED WITH INDUSTRIAL ACTIVITY (WQ ORDER No. 2014-0057-DWQ)
(Excluding Construction Activities)

GAVIN NEWSOM, GOVERNOR
JARED BLUMENFELD, SECRETARY FOR ENVIRONMENTAL PROTECTION

**WDID:** 2 49I014984          **Status:** Active

## Operator Information                                **Type:** Private Business

- **Name:** Mulas Dairy Co
- **Address:** 2034 Fremont Dr
- **Address 2:**
- **City/State/Zip:** Sonoma CA 95476
- **Federal Tax ID:**

- **Contact Name:** MICHAEL MULAS
- **Title:**
- **Phone Number:** 707-938-3134
- **Email Address:** mulas@vom.com

## Facility Information                                **Level:**

- **Contact Name:** Michael MULAS
- **Site Name:** MULAS DAIRY CO
- **Address:** 2034 Fremont Dr
- **City/State/Zip:** Sonoma CA
- **County:** Sonoma
- **Latitude:** 38.24632          **Longitude:** -122.427137

- **Title:**
- **Site Phone #:** 707-938-3134
- **Email Address:** mulas@vom.com
- **Site Size:** 300 Acres
- **Industrial Area Exposed to Storm Water:** 300 Acres
- **Percent of Site Impervious (Including Rooftops):** %

## SIC Code Information

1. 0241    Dairy Farms
2.
3.

## Additional Information

- **Receiving Water:** Shell Slough          **Flow:** Indirectly
- **Storm Drain System:**
- **Compliance Group:**

**RWQCB Jurisdiction:** Region 2 - San Francisco Bay
- **Phone:** 510-622-2300          **Email:** r2stormwater@waterboards.ca.gov

## Certification

- **Name:** Mike Mulas          **Date:** February 15, 2015
- **Title:** president