RICHARD J. IDELL, SBN 069033
ORY SANDEL, SBN 233204
DICKENSON, PEATMAN & FOGARTY, P.C.
1500 First Street, Ste. 200
Napa, California 94559
Telephone: (707) 252-7122
Facsimile: (707) 340-7239
Email: ridell@dpf-law.com
       osandel@dpf-law.com

*Attorneys for Defendants, Mulas Dairy Company and Michael Mulas*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, a non-profit corporation,<br><br>  Plaintiff,<br><br>vs.<br><br>MULAS DAIRY COMPANY AND MICHAEL MULAS,<br><br>  Defendants. | CASE NO. 3:23-cv-00338-AGT<br><br>**SUPPLEMENTAL DECLARATION OF MICHAEL MULAS IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS OR, IN THE ALTERNATIVE, FOR A STAY OF THE ACTION**<br><br>**[Fed. R. Civ. P. 12(b)(1)]**<br><br>**Date**: Friday, August 4, 2023<br>**Time**: 10:00 a.m.<br>**Place:** United States District Court, N.D. Cal. San Francisco Courthouse Courtroom A – Fifteenth Floor 450 Golden Gate Avenue San Francisco, CA 94102<br><br>(E-filing)<br><br>Hon. Judge Alex G. Tse, Presiding |

I, Michael Mulas, do state as follows:

1.  I am the Chief Executive Officer of Mulas Dairy Company ("Mulas Dairy"), a defendant herein, and I am also a defendant herein in my individual capacity. I am over the age of eighteen and fully competent to make this declaration. I have lived in Sonoma all of my life and worked on my family's ranch for all of my adult life. I am therefore, very familiar with the land and the dairy operation. All of the matters stated herein are of my own personal knowledge, except as to those matters derived from my review of documents or other information and, as to those matters, such matters are stated on information and belief and, as to those matters, I believe

them to be true. If sworn as a witness I could and would testify competently to the matters stated herein.

**Denial of Plaintiff's Allegations**

2. As stated in my original declaration in support of the present motion, I reiterate that the Mulas Dairy does not discharge storm water from its dairy facility. Such discharge was not permitted under either of the two State Water Board permits under which the Mulas Dairy operated; the Mulas Dairy complied with the requirements of those two permits.

**Status Update Re: Sale of Mulas Dairy's Herd of Dairy Cows**

3. Since April 23, 2023 (the date on which I signed my original declaration in support of the present motion), pursuant to the contract to sell the Mulas Dairy herd [Exhibit "D" to my original declaration], the Mulas Dairy has been transporting cattle to the buyer on a regular basis. The process of transporting the cattle to the buyer is not a simple process. These are dairy cattle and you can only load so many to each truck. The trucks drive directly to the new dairy, which, in this case, is in Texas. The cows have to be milked when they leave and on arrival. However, before the cattle are transported, *each cow* must be tested for tuberculosis, and that testing takes the better part of a week. I reasonably expect that, as of May 26, 2023, the Mulas Dairy will have shipped out approximately 590 dairy cows and approximately 525 heifers, leaving on the property approximately 170 milking cows and 150 young animals.

4. The approximately 170 milking cows and 150 young animals remaining on the property as of May 26, 2023 will be processed for transfer over the course of the summer to various secondary uses. Once those transfers are complete, the Mulas Dairy's herd will have been 100% sold and no cattle will be left on the property.

5. Once the herd is 100% sold and transferred, the Mulas Dairy Company will be out of the dairy business.

**Status Update Re: Notice of Termination of General Storm Water Permit**

6. As set forth in my original declaration, on January 23, 2023, the Mulas Dairy filed online a formal Notice of Termination of enrollment in the General Storm Water Permit with the Regional Water Board. Prior to that filing on May 20, 2021 I wrote to the Regional Water Board

advising that there would be no more NPDES reports since the Mulas Dairy was enrolled in the "Tier 2" program under WDR 2016-0031 (see Exhibit "B" to my April 23, 2023 declaration).

7. As further set forth in my original declaration, on March 17, 2023, the Regional Water Board held inspections at the Mulas Dairy, including for approval the Notice of Termination. Jerry Xu, from the Stormwater General Permit Unit, Watershed Management Division, of the Regional Water Board, conducted the inspection.

8. On February 28, 2023, in connection with the scheduling of the inspection, I was copied on an email from Mr. Xu to Michelle Clauzel, of Blankinship & Associates, Inc. (an agriculture and environmental science and engineering firm), stating, in pertinent part: "We are currently coordinating with Mike Mulas to conduct a Notice of Termination inspection in March. Once the inspection is complete, we will move forward with the NOT [Notice of Termination]. The NOT will be back-dated to the original submittal date [January 23, 2023]." Attached hereto as Exhibit "A" is a true and correct copy of Mr. Xu's February 28, 2023 email on which I was copied. Based on this email, I stated in my original declaration that "[i]f the Notice of Termination is approved by the Regional Water Board, the effective termination date will be January 23, 2023[.]"

I declare under penalty and perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on the __18TH__ [date] day of May, 2023, at __SONOMA__ [city], California.

*/s/ Michael Mulas*
Michael Mulas

SUPP. MULAS DECLARATION                                    CASE NO. 3:23-CV-00338-AGT