# Exhibit "A"

**From:** r2stormwater, r2stormwater@Waterboards <r2stormwater@waterboards.ca.gov>
**Sent:** Tuesday, February 28, 2023 8:00 AM
**To:** Michelle Clauzel <michelle@h2osci.com>
**Cc:** mulas@vom.com; Mike Blankinship <mike@h2osci.com>
**Subject:** Re: NOTICE OF TERMINATION for MULAS DAIRY CO was Accepted and Under Review

Hi Michelle,

Thank you for reaching out. We are currently coordinating with Mike Mulas to conduct a Notice of Termination inspection in March. Once the inspection is complete, we will move forward with the NOT. The NOT will be back-dated to the original submittal date.

Regards,
Jerry Xu
Stormwater General Permit Unit, Watershed Management Division
Regional Water Quality Control Board, San Francisco Bay Region (2)
1515 Clay St, Ste 1400, Oakland, CA 94612
Tel: (510) 622-2402, Fax: (510) 622-2460
R2Stormwater@waterboards.ca.gov
http://www.waterboards.ca.gov/sanfranciscobay/