**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**CHIEF MAGISTRATE JUDGE JOSEPH C. SPERO**

### ZOOM CIVIL MINUTES

**Case No.**: 23-cv-00338-AGT (JCS)

**Case Name:**  California Sportfishing Protection Alliance v. Mulas Dairy Company

**Date:** June 22, 2023                    **Time:** 4.5 Hours

**Deputy Clerk:** Karen Hom              **Court Reporter:** Not Reported

**Attorney for Plaintiff:** William Carlon, Andrew Packard
**Attorney for Defendant:** Richard Idell, Elena Neigher, Ory Sandel

### ZOOM PROCEEDINGS

(X)     Zoom Settlement Conference - Held

      ( ) Case Settled          ( ) Case Did Not Settle          ( ) Partial Settlement

( )     Further Zoom Settlement Conference

      ( ) Case Settled          ( ) Case Did Not Settle          ( ) Partial Settlement

( )     Zoom Scheduling Conference to set Settlement Conference

( )     Further Zoom Settlement Conference

( )     Discovery Conference – Lead Trial Counsel Meet and Confer

( )     Zoom Status Conference

( )     Other

**Notes:**   Parties to draft agreement. Status Conference, counsel only, set for 7/19/2023 at 10:30 AM by Zoom Meeting. Zoom Meeting ID: 161 664 4640. Passcode: 841312.

Parties in attendance:  Plaintiff Client Rep: Chris Shutes. Defendant Client Reps: Michael Mulas (for Mulas Dairy Co.), Michael Blankinship (Eng. Consultant)