ANDREW L. PACKARD (State Bar No. 168690)
WILLIAM N. CARLON (State Bar No. 305739)
Law Offices of Andrew L. Packard
245 Kentucky Street, Suite B3
Petaluma, CA 94952
Tel: (707) 782-4060
Fax: (707) 782-4062
E-mail: andrew@packardlawoffices.com
        wncarlon@packardlawoffices.com

Attorneys for Plaintiff
California Sportfishing Protection Alliance

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE,<br><br>    Plaintiff,<br><br>v.<br><br>MULAS DAIRY COMPANY, ET AL,<br><br>    Defendants. | Case No: 3:23-cv-00338-AGT<br><br>**NOTICE OF SETTLEMENT** |

TO THE CLERK OF THE COURT, ANY INTERESTED PARTIES, AND THEIR ATTORNEYS OF RECORD:

   PLEASE TAKE NOTICE that Plaintiff California Sportfishing Protection Alliance and Mulas Dairy Company and Michael Mulas, parties in the above-captioned action, have reached a settlement and executed a Settlement Agreement. The Settlement Agreement is subject to the federal agencies' 45-day review period.[1]

   PLEASE TAKE FURTHER NOTICE that, in accordance with federal law, no

---

[1] Title 33 of the United States Code Section 1365(c) provides that "[n]o consent judgment shall be entered in an action in which the United States is not a party prior to 45-days following the receipt of a copy of the proposed consent judgment by the Attorney General and the Administrator."

judgment disposing of this action may be entered prior to 45 days following the receipt of the Settlement Agreement by the United States Department of Justice and the National and Region IX offices of the United States Environmental Protection Agency.  *See* 40 C.F.R. § 135.5 (requiring the parties to provide notice to the court of the 45-day agency review period under 33 U.S.C. § 1365(c)).

     The regulatory agencies' review period will end on or about August 27, 2023; if any of the reviewing agencies object to the proposed agreement, the parties may require additional time to meet and confer and attempt to resolve the agencies' concerns.

Date:  July 13, 2023　　　　　　　　　LAW OFFICES OF ANDREW L. PACKARD

_____
William Carlon
Attorneys for Plaintiff
California Sportfishing Protection Alliance