ANDREW L. PACKARD, SBN 168690
WILLIAM N. CARLON, SBN 305739
LAW OFFICES OF ANDREW L. PACKARD
245 Kentucky Street, Suite B3
Petaluma, CA 94952
Telephone: (707) 782-4060
Facsimile: (707) 782-4062
Email: andrew@packardlawoffices.com
       wncarlon@packardlawoffices.com
*Attorneys for Plaintiff, California Sportfishing Protection Alliance*

RICHARD J. IDELL, SBN 069033
ORY SANDEL, SBN 233204
DICKENSON, PEATMAN & FOGARTY, P.C.
1500 First Street, Ste. 200
Napa, California 94559
Telephone: (707) 252-7122
Facsimile: (707) 340-7239
Email: ridell@dpf-law.com
       osandel@dpf-law.com
*Attorneys for Defendants, Mulas Dairy Company and Michael Mulas*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, a non-profit corporation,<br><br>            Plaintiff,<br><br>vs.<br><br>MULAS DAIRY COMPANY AND MICHAEL MULAS,<br><br>            Defendants. | CASE NO. 3:23-cv-00338-AGT<br><br>**STIPULATION RE: DISMISSAL, WITH PREJUDICE, AND ORDER THEREON**<br><br>**[F.R.C.P. 41(a)]**<br><br>(E-filing)<br><br>Hon. Judge Alex G. Tse, Presiding |

This Stipulation is entered into by and between California Sportfishing Protection Alliance ("CSPA" or "Plaintiff"), on the one hand; and Mulas Dairy Company ("Mulas Dairy") and Michael Mulas ("Mulas") (collectively, the "Mulas Parties" or "Defendants"), on the other hand. Plaintiff and Defendants may be referred to herein severally as a "Party" or jointly as the "Parties".

1

WHEREAS, Plaintiff filed the complaint in this action on January 23, 2023; and

WHEREAS, Defendants filed a motion to dismiss the complaint or, in the alternative, to stay the action, on April 28, 2023; and

WHEREAS, without adjudication of any issue of fact or law and without any admission of liability by Defendants, the Parties have reached a settlement of the entire action and entered into a written settlement agreement; and

WHEREAS, the settlement is entered into in good faith as a compromise of claims which are wholly disputed and denied, and neither the consideration provided for, nor anything else contained in the settlement Agreement shall be construed as an admission of liability on the part of any Party, any such liability being expressly denied.

WHEREAS, pursuant to the Parties' settlement, Plaintiff has agreed to dismiss, with prejudice, all claims against Defendants being made in this action; and

WHEREAS, the Parties have agreed mutually to waive any attorneys' fees and costs incurred to date in the prosecution and/or defense of this action, except as expressly provided for in the settlement Agreement;

NOW THEREFORE, the Parties agree as follows:

1.0  The foregoing recitals are hereby incorporated by this reference.

2.0  In consideration of this Stipulation, the Parties have agreed mutually to waive any attorneys' fees and costs incurred to date in the prosecution and/or defense of this action, except as expressly provided for in the settlement Agreement.

3.0  Plaintiff shall file this Stipulation with the Court for an order thereon, dismissing this action, in its entirety, with prejudice, each Party to bear its own attorneys' fees and costs, except as expressly provided for in the settlement Agreement.

|   |   |
|---|---|
|   | Respectfully submitted, |
|   | LAW OFFICES OF ANDREW L. PACKARD |
| Dated: 8/2/2023 | By: /s/ Andrew L. Packard<br>Andrew L. Packard<br>William N. Carlon<br>*Attorneys for Plaintiff, California Sportfishing Protection Alliance* |
|   | DICKENSON, PEATMAN & FOGARTY, P.C. |
| Dated: 8/2/2023 | By: /s/ Richard J. Idell<br>Richard J. Idell<br>Ory Sandel<br>*Attorneys for Defendants, Mulas Dairy Company and Michael Mulas* |

## ATTESTATION OF CONCURRENCE

I, Richard J. Idell, as the ECF user and filer of this document, attest that, pursuant to General Order No. 45(X)(B), concurrence in the filing of this document has been obtained from Andrew L. Packard, the above signatory.

|   |   |
|---|---|
|   | Respectfully submitted, |
|   | DICKENSON, PEATMAN & FOGARTY, P.C. |
| Dated: 8/2/2023 | By: /s/ Richard J. Idell<br>Richard J. Idell<br>Ory Sandel<br>*Attorneys for Defendants, Mulas Dairy Company and Michael Mulas* |

**ORDER ON STIPULATION FOR RE: DISMISSAL, WITH PREJUDICE**

The Court, having reviewed the Stipulation of the Parties for an Order dismissing this Action with prejudice, the Court recognizes that a settlement has been reached in this matter, and in consideration of this Stipulation, and the Parties have mutual agreement to waive any claim for attorneys' fees and costs incurred to date in the prosecution and/or defense of this action, except as expressly provided for in the settlement Agreement, the Court makes the following Order:

IT IS HEREBY, ORDERED, ADJUDGED AND DECREED, that this action shall be and is forthwith dismissed, in its entirety, with prejudice, each Party to bear its own attorneys' fees and costs except as expressly provided for in the settlement Agreement.

Date: August 2, 2023

_____
Hon. Magistrate Judge Alex G. Tse
United States District Court, Northern
District of California